UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>  Defendant. | Civil Action No.:  05-CV-10990 (DPW) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Massachusetts Institute of Technology ("MIT") hereby states that it is a charitable corporation organized under the laws of the Commonwealth of Massachusetts.  MIT does not have a parent corporation and there are no shares of capital stock in the corporation.

  Respectfully Submitted,

  Massachusetts Institute of Technology

  By its Attorneys,

  /s/ Steven M. Bauer
  Steven M. Bauer (BBO# 542531)
  Kimberly A. Mottley (BBO# 651190)
  PROSKAUER ROSE LLP
  One International Place
  Boston, Massachusetts 02110-2600
  Phone:  617-526-9600
  Fax:  617-526-9899

May 13, 2005