UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
MASSACHUSETTS INSTITUTE OF TECHNOLOGY        AFFIDAVIT OF SERVICE
                                             INDEX No.05 CV 10990
                           Plaintiff,

       .against-

HARMAN INTERNATIONAL INDUSTRIES, INC.
                           Defendant.
-----------------------------------------------------------------x
DISTRICT OF COLOMBIA)ss.

:
       __Andre W. Keith_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the

Washington D.C.

       On __16th__, May ____, 2005, at approximately __11__ : __05__ a .m. at

1101 Pennsylvania Avenue, N.W., Suite 1010, Washington, D.C. 20004, Deponent

served the within Summons in a Civil Case and Complaint upon Harman International

Industries, Incorporated, by delivering to and leaving with __Sandy Robinson__

(Person served), __Financial Operat__(title of person served) Vice-President of a true and correct copy of said

documents. At the time of said service, __Sandy Robinson__, (Person served)

stated that (s)he was authorized to accept service for Harman International Industries,

Incorporated.

__Sandy Robinson_____(Person served) is described as a

__White__ (race), (fe)male, approximately __5__ ' __10__ "to ____' ____" tall,

__45__ to __55__ years old, __125__- __130__ lbs. (other features) __Dark Brown Hair__.

                                   _____
                                   Andre W. Keith
                                   (Print name):

Sworn to before me this
__16__ day of May, 2005

                HARRIS S. AMMERMAN
                Notary Public, District of Columbia
                My Commission Expires November 14, 2008

_____
Notary Public