IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

DEFENDANT HARMAN INTERNATIONAL INDUSTRIES INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Harman International Industries, Inc. ("Harman"), by and through its attorneys, Sherin and Lodgen LLP, provides the following notification in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3:

- Harman International Industries, Inc. does not have a parent company.
- No company owns 10 percent or more of the stock of Harman International Industries, Incorporated.

Dated: June 10, 2005

Respectfully submitted,

Robert J. Muldoon, Jr., BBO# 359480
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

*Attorney for Defendant*

00070398.DOC /

William A. Streff, Jr. P.C.
Michelle A.H. Francis
Jamal M. Edwards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

*Of Counsel*