IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as attorney for the defendant Harman International Industries, Incorporated.

Respectfully submitted,

_____
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: June 10, 2005