UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW |

**OPPOSITION TO MOTION TO DISMISS AND MOTION
FOR LEAVE TO SUBMIT BRIEF AFTER LIMITED DISCOVERY**

    Plaintiff Massachusetts Institute of Technology ("MIT") respectfully opposes the Motion to Dismiss filed by Defendant Harman International Industries, Incorporated ("Harman").

    MIT has requested that Harman assent to discovery on the personal jurisdiction issues. Harman is considering whether and to what extent it will agree to MIT's request.

    If the parties have not reached agreement by June 30, 2005, MIT will file a motion for discovery on this issue, and a proposed schedule for submission of the opposition brief.

**Certificate of Rule 7.1 Conference**

    To provide the parties time to negotiate this issue, Harman has agreed to extend the time for MIT to submit a pleading in response to Harman's Motion to June 30, 2005.

                                            Respectfully Submitted,

                                            Massachusetts Institute of Technology
                                            By its Attorneys,

                                            <u>/s/ Steven M. Bauer</u>
                                            Steven M. Bauer (BBO# 542531)
                                            Kimberly A. Mottley (BBO# 651190)
                                            PROSKAUER ROSE LLP
                                            One International Place
                                            Boston, Massachusetts 02110-2600
                                            Phone:  617-526-9600
                                            Fax:     617-526-9899

June 24, 2005

6746/61784-008   BNLIB1/134050v1