IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>           Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>           Defendant. | C.A. No. 05-10990 DPW |

NOTICE OF APPEARANCE

Please enter the appearance of **James W. Matthews** as attorney for defendant Harman International Industries, Incorporated.

Respectfully submitted,

/s/ James W. Matthews
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: July 14, 2005

00075369.DOC /