IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

        Plaintiff,

v.

HARMAN INTERNATIONAL INDUSTRIES,
INCORPORATED,
A Delaware Corporation,

        Defendant.

C.A. No. 05-10990 DPW

## NOTICE OF APPEARANCE

Please enter the appearances of **James W. Matthews** and **Edward S. Cheng** as attorneys for defendant Harman International Industries, Incorporated.

Respectfully submitted,

_/s/ James W. Matthews_
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: July 14, 2005

00075369.DOC /