IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

### ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF WILLIAM A. STREFF, JR.

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit William A. Streff, Jr., to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1.  William A. Streff, Jr. is a member of the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. He represents Harman International Industries, Incorporated.

2.  William A. Streff, Jr. is a member in good standing of the Bars of the state of Illinois, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of New

00076969.DOC / 3

York, the United States District Court for the Northern District of California, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Michigan, the United States Court of International Trade, the United States Court of Customs and Patent Appeal, and the United States Supreme Court. His Affidavit is attached as Exhibit A.

4.  There are no disciplinary proceedings pending against William A. Streff, Jr., as a member of the bar in any jurisdiction.

5.  William A. Streff, Jr. is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant Harman International Industries, Incorporated respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

Respectfully submitted,

**HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED**
By its attorneys,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: July 27, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,  )<br><br>Defendant.  ) | Civil Action No. 05-10990-DPW |

## AFFIDAVIT OF WILLIAM A. STREFF, JR. IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

I, William A. Streff, Jr., hereby depose and state as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. I am a member in good standing of the bars of the state of Illinois, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of New York, the United States District Court for the Northern District of California, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Michigan, the United States Court of International Trade, the United States Court of Customs and Patent Appeal, and the United States Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar

-2-

in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 25 day of July, 2005.

_____
William A. Streff, Jr., Esquire