**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

          Plaintiff,

    **v.**

HARMAN INTERNATIONAL INDUSTRIES,
INCORPORATED,
A Delaware Corporation,

          Defendant.

C.A. No. 05-10990 DPW

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE
## OF JAMAL M. EDWARDS

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Jamal M. Edwards, Esq. to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1.    Jamal M. Edwards, is a member of the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. He represents Harman International Industries, Incorporated.

2.    Jamal M. Edwards is a member in good standing of the Bars of the states of Illinois and Michigan, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Michigan, Northern District of Illinois, and the Central District of Illinois. His Affidavit is attached as Exhibit A.

3.    There are no disciplinary proceedings pending against Jamal M. Edwards as a member of the bar in any jurisdiction.

4.    Jamal M. Edwards is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant Harman International Industries, Incorporated respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

Respectfully submitted,

**HARMAN INTERNATIONAL**
**INDUSTRIES, INCORPORATED**
By its attorneys,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: July 27, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

# Exhibit A

\

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, )<br><br>Plaintiff, )<br><br>v. )<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, )<br><br>Defendant. ) | Civil Action No. 05-10990-DPW |

## AFFIDAVIT OF JAMAL M. EDWARDS
## IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

I, Jamal M. Edwards, hereby certify the following:

1.      I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2.      I am a member in good standing of the Bars of the states of Illinois and Michigan, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Michigan, Northern District of Illinois and the Central District of Illinois.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 21st day of July, 2005.

_____
Jamal M. Edwards, Esq.