IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF MICHELLE A.H. FRANCIS

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Michelle A.H. Francis, Esq. to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1. Michelle A.H. Francis is a member of the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. She represents Harman International Industries, Incorporated.

2. Michelle A.H. Francis is a member in good standing of the Bars of the state of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the District of Colorado. Her Affidavit is attached as Exhibit A.

00076969.DOC / 5

- 2 -

3.      There are no disciplinary proceedings pending against Michelle A.H. Francis as a member of the bar in any jurisdiction.

4.      Michelle A.H. Francis is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

**HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED**
By its attorneys,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated:  July 27, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHELLE A.H. FRANCIS
### IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE*

I, Michelle A.H. Francis, hereby depose and state as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. I am a member in good standing of the Bars of the state of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for Colorado.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 26 day of July, 2005.

Michelle A.H. Francis, Esq.