UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2(a), please enter the appearance of David J. Cerveny, Esq. of Proskauer Rose LLP as counsel for the plaintiff, Massachusetts Institute of Technology.

    Respectfully Submitted,

    Massachusetts Institute of Technology,

    By its Attorneys,

    /s/ David J. Cerveny
    Steven M. Bauer (BBO# 542531)
    David J. Cerveny (BBO# 638307)
    Kimberly A. Mottley (BBO# 651190)
    PROSKAUER ROSE LLP
    One International Place – 22nd Floor
    Boston, Massachusetts 02110-2600
    Phone:  617-526-9600
    Fax:     617-526-9899

October 20, 2005