UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY
    Plaintiff,

v.                                             CIVIL ACTION
                                                    NO. 05-10990-DPW

HARMAN INTERNATIONAL INDUSTRIES,
INCORPORATED
    Defendant,

FURTHER SCHEDULING ORDER

WOODLOCK, D.J.

      The above-entitled action having been heard on October 20, 2005, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that the following further discovery schedule is set:

| | |
|---|---|
| **Identification of Opening Experts for Issues on which party bears the Burden of Proof** | March 17, 2006 |
| **Identification of Rebuttal Experts** | April 14, 2006 |
| **Close of Fact Discovery** | April 21, 2006 |
| **Opening Expert Reports for Issues on which party bears the Burden of Proof** | May 19, 2006 |
| **Rebuttal Expert Reports and Start of Expert Depositions** | June 16, 2006 |
| **Close of Expert Discovery** | July 14, 2006 |

| | |
|---|---|
| **Dispositive Motions and** *Daubert* **Motions** | August 25, 2006 |
| **Oppositions to Dispositive Motions and** *Daubert* **Motions** | September 15, 2006 |
| **MARKMAN HEARING** | **TO BE SET AT A LATER DATE** |

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED:     November 14, 2005