IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE
## OF CRAIG D. LEAVELL

Pursuant to Local Rule 83.5.3(b), Courtney A Clark, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Craig D. Leavell, Esq. to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1. Craig D. Leavell is a member of the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. He represents Harman International Industries, Incorporated.

2. Craig D. Leavell is a member in good standing of the Bars of the state of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District for the Eastern District of Wisconsin. His Affidavit is attached as Exhibit A.

3.  There are no disciplinary proceedings pending against Craig D. Leavell as a member of the bar in any jurisdiction.

4.  Craig D. Leavell is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

        Respectfully submitted,

        HARMAN INTERNATIONAL
        INDUSTRIES, INCORPORATED
        By its attorneys,

        /s/ Courtney A Clark
        Robert J. Muldoon, Jr., BBO# 359480
        James W. Matthews, BBO# 560560
        Edward S. Cheng, BBO# 634063
        Courtney A Clark, BBO# 651381
        SHERIN AND LODGEN LLP
        101 Federal Street
        Boston, MA 02110
        (617) 646-2000

Dated: January 11, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

        /s/ Courtney A Clark
        Courtney A Clark

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-10990-DPW |

### AFFIDAVIT OF CRAIG D. LEAVELL
### IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

I, Craig D. Leavell, hereby depose and state as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. I am a member in good standing of the Bars of the state of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District Court for the Eastern District of Wisconsin.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 5th day of January, 2006.

_____
Craig D. Leavell, Esq.