UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>　　　Defendant. | Civil Action No.: 05-10990 DPW |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully requests leave to withdraw the appearance of David J. Cerveny as counsel for the plaintiff. The plaintiff will continue to be represented by Proskauer Rose LLP. Mr. Cerveny's withdrawal will not prejudice either party or delay the proceedings.

## Compliance with Local Rule 7.1

Counsel for the parties have conferred, and the defendant assents to this Motion.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　Massachusetts Institute of Technology,

　　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Steven M. Bauer
　　　　　　　　　　　　　　　　　　　Steven M. Bauer (BBO# 542531)
　　　　　　　　　　　　　　　　　　　Kimberly A. Mottley (BBO# 651190)
　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2600
　　　　　　　　　　　　　　　　　　　Phone:　617-526-9600
　　　　　　　　　　　　　　　　　　　Fax:　　617-526-9899

January 17, 2006