IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

### ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully requests leave to withdraw the appearance of Jamal M. Edwards as counsel for the defendant, Harman International Industries, Incorporated. The defendant will continue to be represented by Kirkland & Ellis LLP and Sherin and Lodgen LLP. Mr. Edwards's withdrawal will not prejudice either party or delay the proceedings.

Respectfully submitted,

HARMAN INTERNATIONAL
INDUSTRIES, INCORPORATED

By its attorneys,

/s/ Courtney A.Clark
Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

-and-

- 2 -

          William A. Streff Jr., P.C.
          Michelle A. H. Francis
          Craig D. Leavell
          Jamal M. Edwards
          **KIRKLAND & ELLIS LLP**
          200 East Randolph Drive
          Chicago, IL 60601
          (312) 861-2000 (phone)
          (312) 861-2200 (fax)

Dated: February 15, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

          /s/ Courtney A. Clark
          Courtney A. Clark