UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF LESLEY AHLBERG

I, Lesley Ahlberg, declare:

1.　I am a Legal Assistant at Kirkland & Ellis LLP. I have personal knowledge of the facts stated herein.

2.　On October 12, 2005, defendant Harman International Industries, Incorporated ("Harman") produced to MIT (via its vendor Pitney Bowes in Chicago, Illinois) approximately 4,200 pages of documents in Bates range HAR 000001- 004251, and one CD containing 437 files with approximately 7,400 pages of documents. The documents on the CD were later electronically produced to MIT on January 26, 2006 in Bates range HAR 60268-67640.

3.　On November 29, 2005, Harman produced to MIT approximately 5,000 pages of documents in Bates range HAR 004252 - 004709.

4.　On January 9, 2006, Harman produced to MIT approximately 1,700 pages of documents in Bates range HAR 004710 - 6015.

5.　On January 18, 2006, Harman produced to MIT approximately 60,000 pages of documents in Bates range HAR 006016-60267.

6. On January 26, 2006, Harman produced to MIT approximately 7,400 pages of documents in Bates range HAR 60268-67640, which Harman also previously produced to MIT on October 12, 2005 in CD format.

7. On January 30, 2006, Harman produced to MIT approximately 20,000 pages of documents in Bates range HAR 67641-87235.

8. On February 9, 2006, Harman produced to MIT approximately 710 pages of documents in Bates range HAR 87235-87945.

9. On February 12, 2006, Harman produced to MIT approximately 95 pages of documents in Bates range HAR 087946-088042.

10. On February 16, 2005, Harman produced to MIT approximately 7 pages of documents in Bates range HAR 088871-088877.

11. On February 17, 2006, Harman produced to MIT approximately 828 pages of documents in Bates range HAR 088043-088870.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2006

*Lesley Ahlberg* (signature)
Lesley Ahlberg