UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>        Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>        Defendant. | Civil Action No. 05-10990-DPW<br>Magistrate Judge Judith G. Dein |

**DEFENDANT HARMAN'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Harman International Industries, Incorporated ("Harman") hereby moves for a two-day extension of time for Harman to file and serve its Motion for a Protective Order. In support of this motion, Harman states as follows:

1. During the March 14, 2006 hearing on MIT's Motion to Compel, this Court ordered Harman to file a Motion for a Protective Order on or before March 20, 2006, "concerning any documents Harman claims it is entitled to withhold from production on the basis of German privacy laws." Order on Motion to Compel at 1 (Docket Entry 56).

2. The parties are currently attempting to reach a resolution without Court intervention which would comply with German privacy laws while providing discovery acceptable to MIT. Toward this end, the parties have met and conferred, and counsel for MIT has agreed to a two-day extension of time for Harman to file its Motion for a Protection Order or otherwise file a stipulated agreement reached between the parties.

1

WHEREFORE, Harman respectfully requests the Court to extend the time to and including March 22, 2006 for Harman to file its Motion for a Protective Order, or otherwise file a stipulated agreement reached between the parties.

Dated: March 20, 2006                                     Respectfully submitted,

                                                          Harman International Industries, Inc.,

                                                          /s/ Ann H. Chen
                                                          Robert J. Muldoon, Jr., BBO# 359480
                                                          James W. Matthews, BBO# 560560
                                                          Edward S. Cheng, BBO# 634063
                                                          Courtney A. Clark, BBO# 651381
                                                          **SHERIN AND LODGEN, LLP**
                                                          101 Federal Street
                                                          Boston, MA  02110

                                                          William A. Streff Jr., P.C.
                                                          Craig D. Leavell
                                                          Michelle A.H. Francis
                                                          Ann H. Chen
                                                          **KIRKLAND & ELLIS LLP**
                                                          200 E. Randolph Dr.
                                                          Chicago, IL  60601
                                                          (312) 861-2000 (phone)
                                                          (312) 861-2200 (fax)

                                                          *Attorneys for Defendant*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff Massachusetts Institute of Technology has assented to this Motion.

/s/ Ann H. Chen
Ann H. Chen

**CERTIFICATE OF SERVICE**

I, Ann H. Chen, hereby certify that a copy of the foregoing DEFENDANT HARMAN'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER was sent by electronic-mail this 20th day of March, 2006, addressed to counsel for MIT as follows:

> Steven M Bauer
> Kimberly A. Mottley
> Proskauer Rose LLP
> One International Place, 14th Floor
> Boston, MA  02110-2600
> Email: sbauer@proskauer.com
>        kmottley@proskauer.com
>
> *Counsel for Plaintiff MIT*

\_/s/ Ann H. Chen\_
One of the Attorneys for Harman