UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Colleen M. Garlington, Esq. to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1. Colleen M. Garlington is an attorney with the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. She represents Harman International Industries, Incorporated.

2. Colleen M. Garlington is a member in good standing of the Bar of the state of Illinois. Her Affidavit is attached as Exhibit A.

3. There are no disciplinary proceedings pending against Colleen M. Garlington as a member of the bar in any jurisdiction.

5. Colleen M. Garlington is familiar with the Local Rules of the United States

00108826.DOC / 2

- 2 -

District Court for the District of Massachusetts.

WHEREFORE, Defendant Harman International Industries, Incorporated respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

Dated: March 31, 2006                                    Respectfully submitted,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA  02110

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A.H. Francis
Ann H. Chen
Colleen M. Garlington
**KIRKLAND & ELLIS LLP**
200 E. Randolph Dr.
Chicago, IL  60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

*Attorneys for Defendant*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

## CERTIFICATE OF SERVICE

- 2 -

- 3 -

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 31, 2006.

/s/ Courtney A. Clark
Courtney A. Clark

00108826.DOC / 2

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF COLLEEN M. GARLINGTON
### IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE*

I, Colleen M. Garlington, hereby depose and state as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. I am a member in good standing of the Bar of the State of Illinois.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 31st day of March, 2006.

Colleen M. Garlington, Esq.