# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No. 05-10990-DPW |

## STIPULATION CONCERNING
## AUTHENTICITY AND ADMISSIBILITY OF NAVTEQ DOCUMENTS

Plaintiff, the Massachusetts Institute of Technology ("MIT"), Defendant, Harman International Industries, Incorporated ("Harman"), and third-party Navteq ("Navteq") (collectively, the "Parties") seek to avoid the need for a "keeper of the records" deposition of Navteq. As such, the Parties and Navteq hereby stipulate as follows:

1. Navteq produced documents bearing Bates Nos. N000001-001156 (the "Documents") to MIT and Harman, in response to a subpoena served on Navteq by MIT in this case.

2. The Parties hereby stipulate to the authenticity of the Documents at any trial or proceeding in this matter, without the need for verification by Navteq that these documents are what they purport to be on their face.

3. The Parties hereby stipulate that the Documents were created and kept in the ordinary course of Navteq's regularly conducted business activities.

| | |
|---|---|
| Dated: April 20, 2006 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys*, |
| /s/ Steven M. Bauer | /s/ Robert J. Muldoon |
| Steven M. Bauer, BBO #542531 | Robert J. Muldoon, BBO #359480 |
| Kimberly A. Mottley, BBO #651190 | James W. Matthews, BBO #560560 |
| John W. Pint, BBO #660548 | Edward S. Cheng, BBO #634063 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 | (617) 646-2000 |

William A. Streff Jr., P.C.
Michelle A. H. Francis
Craig D. Leavell
Ann H. Chen
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)
*Of Counsel*

Navteq,

*By its attorney*,

/s/ Lawrence Kaplan
Lawrence Kaplan
Navteq
222 Merchandise Mart
Suite 900
Chicago, IL  60654