UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2(a), please enter the appearance of Jacob K. Baron, Esq. of Proskauer Rose LLP as counsel for Plaintiff, Massachusetts Institute of Technology.

Dated: May 25, 2006

Respectfully submitted,

Massachusetts Institute of Technology,

*By its attorneys*,

/s/ Jacob K. Baron
Steven M. Bauer, Esq. BBO# 542531
Kimberly A. Mottley, Esq. BBO# 651190
Jacob K. Baron, Esq. BBO# 652568
John W. Pint, Esq. BBO# 660548
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600