UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No.: 05-10990 DPW<br><br>Magistrate Judge Judith G. Dein |

**ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS 8 AND 9
TO MIT'S OPPOSITION TO HARMAN'S
MOTION TO COMPEL CONTENTION DISCOVERY,
AND MIT'S COUNTER-MOTION TO COMPEL DISCOVERY**

Plaintiff, the Massachusetts Institute of Technology ("MIT") hereby moves to file under seal until conclusion of the case, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits 8 and 9 to MIT's Opposition to Harman's Motion to Compel Contention Discovery, and MIT's Counter-Motion to Compel Discovery. This Motion is necessary to comply with the provisions of the Stipulated Protective Order. (See Docket Entry Nos. 42 and 66.)

1

**Compliance with Local Rules 7.1**

MIT's counsel discussed the matters raised herein with Harman's counsel, and Harman's counsel has assented to the relief requested herein.

Respectfully Submitted,

Massachusetts Institute of Technology,
By its Attorneys,

/s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
Jacob K. Baron (BBO# 652568)
Kimberly A. Mottley (BBO# 651190)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110-2600
Phone:  617-526-9600
Fax:     617-526-9899

May 26, 2006

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2006, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

/s/ Steven M. Bauer
Steven M. Bauer