UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE ) <br> OF TECHNOLOGY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HARMAN INTERNATIONAL ) <br> INDUSTRIES, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 05-10990-DPW |

**SCHEDULING ORDER AND ORDER
ON PARTIES' MOTIONS TO COMPEL DISCOVERY**

On June 15, 2006, this court held a hearing to consider "Harman's Motion to Compel MIT's Responses to Harman's Interrogatories Nos. 9, 10 and 16 and Compliance with Harman's Rule 30(b)(6) Deposition Notice" (Docket No. 73) and "MIT's Counter-Motion to Compel Discovery" (Docket No. 78). At the hearing, the parties informed the court that they had resolved the issues raised by Harman's motion and MIT's counter-motion. However, Harman requested that the schedule for expert discovery and the filing of motions for summary judgment be extended by approximately one month. After consideration of the parties' positions, this court hereby ORDERS as follows:

1. Harman's motion to compel responses to interrogatories and compliance with Harman's Rule 30(b)(6) deposition notice (Docket No. 73) is withdrawn by agreement of the parties.

    2.      MIT's counter-motion to compel discovery (Docket No. 78) is withdrawn by agreement of the parties.

    3.      The parties shall comply with the following schedule:

        (a)    The parties shall disclose their expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by **July 14, 2006**.

        (b)    The parties shall serve any expert rebuttal reports by **August 11, 2006**.

        (c)    All expert discovery shall be completed by **September 8, 2006**.

        (d)    The parties shall file any motions for summary judgment by **September 22, 2006**.

        (e)    Any oppositions to motions for summary judgment shall be filed by **October 13, 2006**.

                                        / s / Judith Gail Dein
                                          Judith Gail Dein
                                          United States Magistrate Judge

DATED: June 15, 2006