UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No. 05-10990-DPW<br>Magistrate Judge Judith G. Dein |

### ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS K, Q, R, S AND T TO HARMAN'S MOTION TO COMPEL DISCOVERY OF CERTAIN DOCUMENTS IMPROPERLY IDENTIFIED AS PROTECTED ON MIT'S PRIVILEGE LOGS

Defendant, Harman International Industries, Inc. ("Harman") hereby moves to file under seal until conclusion of this case, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits K, Q, R, S and T to Harman's Motion to Compel Documents. This Motion is necessary to comply with the protections of the Stipulated Protective Order.

### Compliance with Local Rule 7.1

Harman's counsel discussed the matters raised herein with MIT's counsel who have assented to the relief requested.

Respectfully submitted,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA  02110

- 2 -

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A.H. Francis
Ann H. Chen
**KIRKLAND & ELLIS LLP**
200 E. Randolph Dr.
Chicago, IL  60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

*Attorneys for Defendant*

June 16, 2006

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS K, Q, R, S AND T TO HARMAN'S MOTION TO COMPEL DISCOVERY OF CERTAIN DOCUMENTS IMPROPERLY IDENTIFIED AS PROTECTED ON MIT'S PRIVILEGE LOGS** was delivered by electronic means this 16th day of June, 2006, to counsel for MIT as follows:

>Steven M. Bauer
>Kimberly A. Mottley
>John Pint
>Proskauer Rose LLP
>One International Place, 14th Floor
>Boston, MA 02110-2600
>sbauer@proskauer.com
>kmottley@proskauer.com

>/s/ Courtney A. Clark