IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>**Plaintiff,**<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>**Defendant**. | Case No: 05-10990 DPW<br>Magistrate Judge Judith G. Dein |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO HARMAN'S MOTION TO COMPEL (DOCKET NO. 84)**

Plaintiff Massachusetts Institute of Technology ("MIT") requests a one week extension until Friday, July 7, 2006 to respond to Defendant Harman International Industries, Inc.'s ("Harman") Motion to Compel (Docket No. 84). MIT's response is presently due on June 30, 2006. In support of its motion, MIT states as follows:

1. Due to the large number of documents identified in Harman's Motion to Compel and the complexity of the issues, counsel for MIT requests an extension to prepare MIT's response.

2. On June 29, 2006, counsel for MIT contacted counsel for Harman to request an extension of time for MIT to respond to Harman's Motion to Compel. Counsel for Harman consented to MIT's request for an extension until July 7, 2006.

3. This request for an extension is not being brought for any improper purpose or delay.

WHEREFORE, MIT respectfully requests that the Court enter an Order extending the deadline for MIT to respond to Harman's Motion to Compel (Docket No. 84) until Friday, July 7, 2006.

Dated:  June 29, 2006

Respectfully submitted,

Massachusetts Institute of Technology,

By its Attorneys,


    /s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
Kimberly A. Mottley (BBO# 651190)
Jacob K. Baron (BBO # 652568)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110-2600
Phone: 617-526-9600
Fax:     617-526-9899

**Certificate Pursuant To Rule 7.1**

      I hereby certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for defendant Harman, Craig D. Leavell, Esq., has assented to the relief requested by this motion.

                                            /s/ Jacob K. Baron
                                            Jacob K. Baron

**Certificate of Service**

    The undersigned hereby certifies that this document was filed through the ECF system on June 29, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 /s/ Steven M. Bauer
                                                 Steven M. Bauer