IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW<br><br>Magistrate Judge Judith G. Dein |

**MOTION TO COMPEL PRODUCTION OF**
**LICENSING DOCUMENTS WITHHELD ON HARMAN'S PRIVILEGE LOG**

This motion is a "conditional" motion, filed in response to Harman's now pending motion to compel where Harman seeks production of documents listed on MIT's privilege log related to license negotiations, but refuses to produce the same categories of documents that it has placed on its privilege log. (See Docket Entry No. 84.) As noted by MIT in its opposition to Harman's motion, Harman demands these licensing-related documents from MIT, while withholding dozens of the same types of documents it seeks by its motion on its own privilege log. (See Docket Entry No. 90.) While MIT believes that internal documents generated by the parties' licensing agents are not relevant to any issue in this suit and are protected work product, if this Court finds otherwise and is inclined to allow Harman's motion, Harman should likewise be ordered to produce similar documents. Thus, MIT hereby moves to compel production of similar licensing-related documents Harman has withheld on its privilege log, as specified below:

- **Documents Reflecting License Negotiations With MIT** (Harman Entry Nos. 24, 31, 45, 50, 53, 61, 63, 64, 197, 293, 302-303, and 305) (*see* Ex. 1)

- **Documents Reflecting License Negotiations With Navtech** (Harman Entry Nos. 241, 242, 246, 315, 316, 318, 319, 321) (*see* Ex. 1)

-2-

- **Documents Reflecting License Negotiations with Zeevi** (Harman Entry Nos. 269-289, 306) (*see* Ex. 1)

- **Documents Reflecting Other License Negotiations** (Harman Entry Nos. 323-330) (*see* Ex. 1)

Apparently, Harman contends that because its licensing agent is also an attorney, all the documents he was copied on are privileged -- *even if they are the same type of licensing documents as those withheld by MIT*. Harman cannot have it both ways – if MIT cannot withhold documents that were created in the course of license negotiations, then neither can Harman.

For example, Harman entry No. 50 claims attorney-client and attorney work product privilege for correspondence relating to "preparation for meetings with MIT." Harman entry Nos. 241 and 242 claim attorney-client privilege on emails "regarding NavTech licensing." Harman entry No. 269 claims attorney-client privilege on an email "regarding the Zeevi patent." (Harman eventually purchased a license to practice the invention claimed in the Zeevi patent.) Harman entry No. 323 claims attorney-client and attorney work-product protection on an email (and attachment) regarding a "license agreement and draft license agreement."

Rule 26(b)(3) does not treat lawyers differently from other party representatives for purposes of establishing work-product protection. *See In re Grand Jury Subpoena*, 220 F.R.D. 130, 141-42 (D. Mass. 2004). If Harman's in-house licensing agents, Messers. Hart and Peracchio, happen to be lawyers, it doesn't mean that their business-related documents suddenly obtain some higher level of protection. Certainly, they should not be treated any differently from Swartz and Turner, for purposes of assessing work-product protection.

Thus, if this Court finds that such licensing-related documents are relevant to this suit, and that MIT must produce such documents despite its claim of work product protection, MIT respectfully requests that this Court:

1. Order Harman to produce to MIT the licensing-related documents Harman has withheld, as listed above, simultaneous with any production this Court orders MIT to make;

2. Reserve MIT's rights to depose, or re-depose, any Harman witnesses that are necessary upon review of such documents, including but not limited to Mr. Hart regarding the content of those documents, commensurate with Harman's rights to depose any additional witnesses; and

3. Grant MIT such other and further relief as the Court deems equitable and/or appropriate.

**Compliance with Local Rules 7.1 and 37.1**

MIT's counsel discussed the matters raised herein with Harman's counsel in numerous conversations, and through various correspondence in May and July of 2006, most recently on July 13, 2006, attempting to resolve these disputes. As the disputes remain unresolved, MIT now seeks the Court's assistance.

July 13, 2006                                              Respectfully Submitted,

                                                                                           Massachusetts Institute of Technology,
By its Attorneys,

/s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
Jacob K. Baron (BBO# 652568)
Kimberly A. Mottley (BBO# 651190)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110-2600
Phone:  617-526-9600
Fax:      617-526-9899

## CERTIFICATE OF SERVICE

     I certify that on July 13, 2006, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

                                                                      /s/ Steven M. Bauer
                                                                       Steven M. Bauer

# Harman Revised Privilege Log
## June 16, 2006

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-9 | unknown | M. Francis | None | None | Handwritten notes | AWP | Annotated copy of Charles Call letter containing attorney notations prepared by litigation counsel in preparation for litigation. |
| PRIV 24 | 5/17/2004 | R. Hart | M. Addy | | E-mail | AC | Correspondence between in-house and outside counsel relating request by R. Swartz for a meeting and not concerning non-infringement, invalidity or unenforceability. |
| PRIV-31 | 8/2/2004 | W. Streff | M. Addy | | E-mail | AC, AWP | Correspondence between outside counsel requesting a meeting to prepare for meetings with MIT and not concerning non-infringement, invalidity or unenforceability. |
| PRIV-32 | 8/23/2004 | J. Peracchio | M. Addy | | E-mail | AC | REDACTION: Correspondence between in-house and outside counsel concerning an unrelated settlement with MIT, and not concerning non-infringement, invalidity or unenforceability. Produced at HAR 278112-HAR 278117 |
| PRIV-33 | 8/23/2004 | J. Peracchio | M. Addy | R. Hart; T. Bast | E-mail | AC | REDACTION: Correspondence between in-house and outside counsel regarding scheduling a meeting with R. Swartz, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278143-HAR 278144 |
| PRIV-34 | 8/26/2004 | B. Nwaokai | M. Addy | | E-mail | AC | Internal correspondence between outside counsel re call from R. Swartz to schedule a meeting, and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-42 | 1/10/2005 | M. Addy | R. Hart | | E-mail | AC, AWP | REDACTION: Correspondence between in-house and outside counsel regarding non-MIT patent not in suit. Produced at HAR 198128-HAR 198129 |
| PRIV-43 | 1/10/2005 | R. Hart | M. Addy | | E-mail | AC, AWP | REDACTION: Correspondence between in-house and outside counsel re non-MIT patent not in suit. Produced at HAR 198126-HAR 198127 |
| PRIV-44 | 1/29/2005 | R. Hart | M. Addy | | E-mail | AC, AWP | Correspondence between in-house and outside counsel regarding language for Harman internal memorandum and damages, and not concerning non-infringement, invalidity or unenforceability |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-45 | 1/31/2005 | M. Addy | R. Hart | | E-mail | AC, AWP | Correspondence between in-house and outside counsel concerning R. Swartz and not concerning non-infringement, invalidity or unenforceability |
| PRIV-50 | 2/14/2005 | R. Hart | M. Addy | C. Limperis Miranda | E-mail | AC, AWP | Correspondence between in-house and outside counsel in preparation for meetings with MIT and not concerning non-infringement, invalidity or unenforceability. |
| PRIV-53 | 2/16/2005 | J. Peracchio | R. Hart | K. Brown; E. Summers; M. Addy; T. Bast | E-mail | AC | Correspondence between in-house and outside counsel regarding scheduling a meeting with MIT and not concerning non-infringement, invalidity or unenforceability of the patent in suit. |
| PRIV-59 | 3/9/2005 | M. Addy | R. Hart | M. Francis; A. Penn | E-mail | AC, AWP | Correspondence between outside and in-house counsel conveying presentation (produced separately) to outside counsel, and not concerning non-infringement, invalidity or unenforceability. |
| PRIV-61 | 3/27/2005 | R. Hart | M. Addy | R. Hart | E-mail | AC | Correspondence between in-house and outside counsel seeking to schedule time to discuss prior meeting with MIT, and not concerning non-infringement, invalidity or unenforceability. |
| PRIV-62 | 3/31/2005 | R. Hart | M. Addy | | E-mail | AC, AWP | Correspondence between in-house and outside counsel re MIT-retained outside counsel and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-63 | 3/31/2005 | R. Hart | M. Addy | | E-mail | AC | Correspondence between in-house and outside counsel seeking information from prior meeting with MIT and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-64 | 3/31/2005 | M. Addy | R. Hart | | E-mail | AC | Correspondence between in-house and outside counsel relaying information from prior meeting with MIT and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-65 | 6/30/2005 | R. Hart | M. Addy; T. Bast | | E-mail and attachments | AC, AWP | Correspondence between in-house and outside counsel regarding prior art for non-MIT patent not in suit. |
| PRIV-66 | 6/30/2005 | M. Addy | R. Hart; T. Bast | A. Penn | E-mail and attachments | AC, AWP | Correspondence between in-house and outside counsel regarding prior art concerning non-MIT patent not in suit. |
| PRIV-67 | 7/8/2005 | R. Hart | T. Bast; A. Brandes; H. Wellman | K. Rauterberg; M. Addy | E-mail | AC, AWP | Correspondence between in-house counsel, outside counsel and client re non-MIT patents not in suit and scheduling meeting to discuss MIT matter. This correspondence does not concern invalidity, non-infringement or unenforceability. |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-72 | 3/23/2004 | C. Dorenbeck | P. Amir | T. Bast | E-mail | | REDACTION: Personal correspondence not relevant or responsive to this case. Produced at HAR 93148-HAR 93149 |
| PRIV-74 | 3/23/2004 | C. Dorenbeck | P. Amir | T. Bast | E-mail | | REDACTION: Personal correspondence not relevant or responsive to this case. Produced at HAR 93155-HAR 93156 |
| PRIV 76 | 5/4/2004 | P. Amir | C. Dorenbeck | | E-mail | AC | Correspondence between attorney and client providing contact information and not concerning invalidity, non-infringement or unenforceability. |
| PRIV 77 | 6/1/2004 | C. Bruelle | P. Amir | | E-mail | AC, AWP | Correspondence between client and attorney seeking to schedule a phone meeting, and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-195 | 2/13/2005 | R. Hart | R. Hart | | E-mail | AWP | In-house counsel annotations regarding damages prepared in anticipation of litigation and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-196 | 2/14/2005 | T. Bast | R. Hart | | E-mail | AC | Correspondence between in-house counsel re scheduling MIT meeting and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-197 | 2/24/2005 | C. Limperis Miranda | R. Hart | | E-mail | AC | Correspondence between client and in-house counsel, not concerning invalidity, non-infringement or unenforceability, conveying information previously produced re licenses. |
| PRIV-199 | 2/28/2005 | C. Limperis Miranda | R. Hart | | E-mail | AC, AWP | Correspondence between client and counsel regarding damages and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-200 | 2/24/2005 | C. Limperis Miranda | R. Hart | | E-mail | AC, AWP | Correspondence between client and counsel regarding damages and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-236 | 3/12/2005 | R. Hart | W. Streff; M. Francis | | E-mail | AC | Correspondence between in-house and litigation counsel regarding Harman's organizational structure and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-237 | 11/10/2003 | J. Peracchio | D. Nelson; T. Heed | S. Montealegre; T. Bal; T. Brummett; K. Suhre; M. Soldwisch; P. Roessger | E-mail | AC, AWP | Correspondence from in-house counsel rendering legal advice re language in product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-238 | 11/10/2003 | D. Nelson | J. Peracchio; T. Heed | S. Montealegre; T. Bal; T. Brummett; K. Suhre; M. Soldwisch; P. Roessger; I. Hall | E-mail | AC, AWP | Correspondence from in-house counsel rendering legal advice re language in product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-239 | 11/11/2003 | D. Nelson | P. Roessger; J. Peracchio; T. Heed | S. Montealegre; T. Bal; T. Brummett; K. Suhre; M. Soldwisch | E-mail | AC, AWP | Correspondence from in-house counsel rendering legal advice re language in product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-240 | 12/16/2003 | D. Nelson | J. Peracchio; P. Roessger | S. Montealegre; S. Heaps; M. Soldwisch; T. Heed; I. Hall; T. Bal; T. Brummett; K. Suhre | E-mail | AC, AWP | Correspondence from in-house counsel rendering legal advice re language in product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-241 | 10/12/2001 | J. Peracchio | J. Childress | S. Montealegre | E-mail | AC | Correspondence from in-house counsel rendering legal advice regarding NavTech licensing, not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-242 | 10/17/2001 | S. Montealegre | J. Peracchio | S. Ernst; M. Munn | E-mail | AC | Correspondence from in-house counsel rendering legal advice regarding NavTech licensing, not concerning invalidity, non-infringement or unenforceability of the patent in suit. |
| PRIV-243 | 4/16/2003 | J. Millington | J. Peracchio | S. Montealegre; V. Droege | E-mail | AC | Correspondence with in-house counsel seeking legal review of foreign version of product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-244 | 4/17/2003 | T. Heed | S. Montealegre | J. Peracchio | E-mail | AC | Correspondence with in-house counsel seeking legal review of foreign version of product literature, not related to MIT, unrelated to patent in suit, and not concerning non- |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | infringement or unenforceability. |
| PRIV-245 | 4/17/2003 | J. Peracchio | T. Heed; S. Montealegre | | E-mail | AC | Correspondence with in-house counsel seeking legal review of foreign version of product literature, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. |
| PRIV-246 | 4/25/2002 | B. Stockhause | E. Summers | M. Munn | E-mail | AC | Correspondence seeking legal advice regarding NavTech license and not concerning non-infringement, invalidity or unenforceability of the patent in suit. |
| PRIV-247 | 6/16/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277863-HAR 277876 |
| PRIV-248 | 7/15/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277877-HAR 277883 |
| PRIV-249 | 8/14/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277884-HAR 277890 |
| PRIV-250 | 9/15/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277891-HAR 277896 |
| PRIV-251 | 10/15/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277897-HAR 277902 |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-252 | 11/14/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277903-HAR 277908 |
| PRIV-253 | 12/17/2003 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277909-HAR 277904 |
| PRIV-254 | 1/19/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277915-HAR 277926 |
| PRIV-255 | 2/17/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277927-HAR 277938 |
| PRIV-256 | 3/16/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277939-HAR 277951 |
| PRIV-257 | 4/15/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277952-HAR 277965 |
| PRIV-258 | 5/14/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277966-HAR 277980 |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-259 | 6/15/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277981-HAR 277993 |
| PRIV-260 | 7/16/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 277994-HAR 278001 |
| PRIV-261 | 8/13/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278002-HAR 278009 |
| PRIV-262 | 9/14/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278010-HAR 278024 |
| PRIV-263 | 10/17/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278025-HAR 278032 |
| PRIV-264 | 11/15/2004 | E. Summers | S. Harman; B. Girod; F. Meredith; G. Stapelton | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278033-HAR 278052 |
| PRIV-265 | 12/15/2004 | E. Summers | S. Harman; B. Girod; F. Meredith | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278053-HAR 278071 |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-266 | 1/16/2005 | E. Summers | S. Harman; B. Girod; F. Meredith | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278072-HAR 278091 |
| PRIV-267 | 2/14/2005 | E. Summers | S. Harman; B. Girod; F. Meredith | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278092-HAR 278099 |
| PRIV-268 | 3/11/2005 | E. Summers | S. Harman; B. Girod; F. Meredith | | Internal Memorandum | AC, AWP | REDACTION: Internal memorandum by in-house counsel reflecting legal advice re outstanding legal issues, not related to MIT, unrelated to patent in suit, and not concerning invalidity, non-infringement or unenforceability. Produced at HAR 278100-HAR 278108 |
| PRIV 269 | 3/19/2003 | R. Hart | E. Summers; T. Bast | | E-mail | AC | Communication seeking legal advice regarding Zeevi patent |
| PRIV-270 | 3/20/2003 | R. Hart | W. Streff | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent and potential litigation. |
| PRIV-271 | 3/20/2003 | R. Hart | soh@ssd.com | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-272 | 3/20/2003 | R. Hart | R. Dorman | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-273 | 3/20/2003 | R. Hart | Ginacanares@quinnemmanuel.com | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-274 | 3/20/2003 | R. Hart | M. Addy | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-275 | 3/20/2003 | R. Hart | T. Heed | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-276 | 3/20/2003 | R. Hart | M. Addy | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-277 | 3/24/2003 | R. Hart | W. Streff | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-278 | 3/24/2003 | R. Hart | T. Bast | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-279 | 4/2/2003 | R. Hart | L. Resh | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-280 | 4/2/2003 | R. Hart | L. Resh | L. Hadley | E-mail | AC | Communication seeking legal advice concerning Zeevi patent and potential litigation |
| PRIV-281 | 3/26/2003 | R. Hart | J. Molzen; M. Soldwisch | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-282 | 4/8/2003 | R.. Hart | E. Summers | | E-mail | AC, AWP | Communication seeking legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-283 | 4/13/2003 | R. Hart | E. Summers | | E-mail | AC, AWP | Communication seeking and reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-284 | 4/13/2003 | R. Hart | E. Summers | | E-mail | AC, AWP | Communication seeking and reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-285 | 4/15/2003 | R. Hart | L. Resh; R. Hart | | E-mail | AC, AWP | Communication reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |

9

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-286 | 5/27/2003 | R. Hart | L. Resh | | E-mail | ACP | Communication between attorney and client reflecting legal advice regarding Zeevi patent. |
| PRIV-287 | 6/14/2004 | R. Hart | E. Summers | L. Hadley | E-mail | AC, AWP | Communication rendering and reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-288 | 6/14/2004 | R. Hart | L. Hadley | | E-mail | AC, AWP | Communication seeking and reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-289 | 6/14/2004 | R. Hart | E. Summers; L. Hadley | | E-mail | AC, AWP | Communication seeking and reflecting legal advice containing mental impressions of attorney in preparation of litigation regarding Zeevi patent. |
| PRIV-290 | 1/23/2004 | R. Hart | L. Hadley; M. Addy | | E-mail | AC | REDACTION: Communication regarding billing and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278145 |
| PRIV-291 | 1/21/2004 | R. Hart | M. Addy; L. Hadley | A. Penn | E-mail | AC | REDACTION: Communication seeking to schedule a meeting and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278146 |
| PRIV-292 | 1/21/2004 | R. Hart | L. Hadley | | E-mail | AC | REDACTION: Communication seeking to schedule a meeting and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278147 |
| PRIV-293 | 6/8/2004 | M. Addy | R. Hart | | E-mail | AC | REDACTION: Communication seeking to schedule conference and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278148-HAR 278150 |
| PRIV-294 | 8/26/2004 | M. Addy | R. Hart | | E-mail | AC | Communication seeking to schedule conference and not regarding non-infringement, invalidity or unenforceability. |
| PRIV-295 | 7/21/2004 | M. Addy | R. Hart | | E-mail | AC | Communication regarding scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |

10

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-296 | 7/8/2004 | R. Hart | M. Addy | | E-mail | AC | Communication regarding scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |
| PRIV-297 | 7/8/2004 | M. Addy | R. Hart | | E-mail | AC | Communication regarding scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |
| PRIV-298 | 12/30/2003 | R. Hart | L. Hadley; R. Hart | M. Addy; A. Penn | E-mail | AC | Communication regarding conflicts check and scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |
| PRIV-299 | 12/29/2003 | R. Hart | L. Hadley | | E-mail | AC | Communication regarding conflicts check and scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |
| PRIV-300 | 12/22/2003 | R. Hart | L. Hadley | R. Dorman | E-mail | AC | Communication regarding conflicts check and not regarding non-infringement, invalidity or unenforceability |
| PRIV-301 | 12/22/2003 | R. Hart | L. Hadley | | E-mail | AC | Communication regarding conflicts check and not regarding non-infringement, invalidity or unenforceability |
| PRIV-302 | 4/19/2004 | R. Hart | T. Bast | | E-mail | AC | Communication regarding scheduling a meeting and not regarding non-infringement, invalidity or unenforceability |
| PRIV-303 | 6/8/2004 | M. Addy | R. Hart | A. Penn | E-mail | AC | REDACTION: Communication regarding scheduling a conference and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278151-HAR 278153 |
| PRIV-304 | 8/30/2004 | M. Addy | R. Hart | | E-mail | AC | REDACTION: communication seeking to schedule a meeting and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278154-HAR 278156 |
| PRIV-305 | 8/30/2004 | M. Addy | R. Hart | J. Pioli | E-mail | AC, AWP | REDACTION: communication regarding scheduling a meeting and not regarding non-infringement, invalidity or unenforceability. Produced at HAR 278157-HAR 278159 |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-306 | 4/2/2003 | R. Hart | L. Resh | | E-mail | ACP | Communication between attorney and client seeking legal advice regarding Zeevi patent. |
| PRIV-307 | 2/23/2005 | A. Brandes | S. Hanika-Heidl; G. Jeske; K Rauterberg; H. Wellman | | E-mail | ACP | Communication reflecting attorney client communications regarding meeting with T. Bast re potential patent litigations not addressing the subject matter of the opinion. |
| PRIV-308 | 2/22/05 | A. Brandes | T. Bast | K. Rauterberg; H. Wellman | E-mail | ACP | Communication reflecting attorney client communications regarding meeting re potential patent litigations not addressing the subject matter of the opinion. |
| PRIV-309 | 2/22/05 | T. Bast | A. Brandes; H. Wellman | K. Rauterberg | E-mail | ACP | Communication reflecting attorney client communications regarding meeting re potential patent litigations not addressing the subject matter of the opinion. |
| PRIV-310 | 2/22/05 | T. Bast | A. Brandes; H. Wellman | K. Rauterberg | E-mail | ACP | Communication reflecting attorney client communications regarding meeting re potential patent litigations not addressing the subject matter of the opinion. |
| PRIV-311 | 2/23/05 | T. Bast | A. Brandes, H. Wellman, K.Rauterberg, S. Kanika-Heidl | | E-mail | ACP | Communication reflecting attorney client communications regarding meeting re potential patent litigations not addressing the subject matter of the opinion. |
| PRIV-312 | 8/27/01 | J. Peracchio | R. Barnicaot, H. Becker, R. Guthmann, T. Harberman, M. Tyldseley, Traffic Pro USA | E. Summers | E-mail | ACP | Communication rendering legal advice re draft of Traffic Pro U.S. owners manual |
| PRIV-313 | 8/28/01 | R. Guthmann | R. Barnicoat, H. Becker, T. Harberman, M. Munn, J. Peracchio, Traffic Pro USA, M. Tyldesley | E. Summers | E-mail | ACP | Communication seeking legal advice re draft of Traffic Pro U.S. owners manual |
| PRIV-314 | 9/13/01 | J. Molzen | I. Hall | | E-mail | ACP | Communication reflecting legal advice sought from J. Peracchio re draft of Praffic Pro U.S. owners manual |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-315 | 9/5/01 | T. Harberman | M. Munn, J. Peracchio, J. Wietzke | R. Barnicaoat, R. Guthmann, A. Lehmann, J. Molzen, M. Tyldesley | E-mail | ACP | Communication seeking legal advice re draft license agreement between Harman and Navtech |
| PRIV-316 | 9/7/01 | J. Peracchio | T. Harberman, M. Munn, J. Weitzke | R. Barnicaot, R. Guthmann, A. Lehmann, J. Mozlen, M. Tyldesley | E-mail | ACP | Communication rendering legal advice re draft license agreement between Harman and Navtech |
| PRIV-317 | 4/24/01 | J. Molzen | K. Hammer | | E-mail | ACP | Communication seeking information at request of J. Peracchio in rendering legal advice re product testing |
| PRIV-318 | 4/22/05 | M. Herforth | T. Bast | J. Ohler, S. Hanika-Heidl | E-mail and attachments | ACP | Communication seeking legal advice re draft evaluation agreement with Navtech |
| PRIV-319 | 6/25/04 | S. Hanika-Heidl | T. Bast | K. Rauterberg, G. Jeske | E-mail | ACP | Communication seeking legal advice re contractual agreement with Navtech |
| PRIV-320 | 3/1/00 | R. Guthmann | E. Geiger, J. Wietzke, J. Kobinger, P. Popov, M. Munn, J. Slabig, M. Maul, K. Becker, B. Stockhause, H. Fiederling, H. Behler, G. Jeske, SW@innovative-systems.de | | Attachment | ACP | REDACTION: Communication reflecting legal advice sought re navigation systems of other manufacturers Produced at HAR 573529 |
| PRIV-321 | 10/13/03 | A. Lehmann | S. Singh, T. Slominski | V. Droege, J. Molzen, S. Montealegre | E-mail | ACP | REDACTION: Communication reflecting legal advice sought from T. Bast re license agreements with Navtech Produced at HAR 592233 |
| PRIV-322 | 10/13/03 | S. Montealegre | A. Lehmann, S. Singh, T. Slominski | V. Droege, J. Molzen | E-mail | ACP | REDACTION: Communications reflecting legal advice sought from J. Peracchio re database software Produced at HAR 592229 |

| Priv. Doc No. | Date | Author | Recipient | CC | Description | Privilege Asserted | Comments |
|---|---|---|---|---|---|---|---|
| PRIV-323 | 5/19/05 | J. Molzen | J. Peracchio | | E-mail and Attachment | ACP, AWP | REDACTION: Communication seeking legal advice re license agreement and draft license agreement<br>Produced at 654879, 654881-654882 |
| PRIV-324 | 5/22/05 | T. Bast | J. Ohler, J. Peracchio | J. Molzen | E-mail | ACP | REDACTION: Communication rendering legal advice re license agreement<br>Produced at HAR 654764-HAR 654765 |
| PRIV-325 | 5/29/05 | J. Peracchio | T. Bast, J. Ohler | J. Molzen | E-mail and Attachment | ACP, AWP | REDACTION: Communication rendering legal advice re license agreement and draft license agreement<br>Produced at HAR 654870-654871, 654873-654876 |
| PRIV-326 | 5/19/05 | J. Molzen | J. Peracchio | | E-mail | ACP | REDACTION: Communication seeking legal advice re license agreement<br>Produced at HAR 654860 |
| PRIV-327 | 5/19/05 | J. Peracchio | J. Molzen | T. Bast | E-mail | ACP | REDACTION: Communication rendering legal advice re license agreement<br>Produced at HAR 65854-654855 |
| PRIV-328 | 5/19/05 | J. Molzen | J. Peracchio | | E-mail | ACP | REDACTION: Communication seeking legal advice re license agreement<br>Produced at HAR 654849-654850 |
| PRIV-329 | 5/20/05 | J. Peracchio | J. Molzen | T. Bast, J. Ohler | E-mail and Attachment | ACP, AWP | REDACTION: Communication rendering legal advice re license agreement and draft license agreement<br>Produced at HAR 654792-654794, HAR 654798-654801 |
| PRIV-330 | 5/22/05 | J. Peracchio | T. Bast, J. Ohler | J. Molzen | E-mail | ACP | REDACTION: Communication rendering legal advice re license agreement<br>Produced at HAR 654755-654758 |

**Counsel:**

R. Hart —  Harman in-house counsel
E. Summers — Harman in-house counsel
J. Peracchio — Harman in-house counsel
T. Bast — Harman in-house counsel
C. Limperis Miranda — Contracts Manager/contract counsel
W. Streff — Kirkland & Ellis, LLP
M. Francis — Kirkland & Ellis, LLP

| | | |
|---|---|---|
| L. Resh | Kirkland & Ellis, LLP | |
| M. Addy | Brinks Hofer Gilson & Lione | |
| B. Nwaokai | Brinks Hofer Gilson & Lione (Administrative Secretary) | |
| A. Penn | Brinks Hofer Gilson & Lione | |
| J. Pioli | Brinks Hofer Gilson & Lione | |
| L. Hadley | Hennigan, Bennett & Dorman, LLP | |
| R. Dorman | Hennigan, Bennett & Dorman, LLP | |
| Ginacanares@quinnemmanuel.com | Quinn Emanuel Urquhart Oliver & Hedges, LLP | |
| soh@ssd.com | Squire Sanders | |

**Harman Employees, Directors, Managers:**

| | | |
|---|---|---|
| K. Brown | T. Bal | D. Nelson |
| A. Brandes | T. Brummett | R. Barnicoat |
| H. Wellmann | K. Suhre | H. Becker |
| K. Rauterberg | I. Hall | T. Harberman |
| C. Dorenbeck | S. Heaps | M. Tyldesley |
| C. Bruelle-Drews | S. Harman | Traffic Pro USA |
| M. Soldwisch | J. Childress | J. Molzen |
| P. Roessger | S. Ernst | I. Hall |
| S. Monteleagre | V. Droege | |
| M. Munn | B. Girod | |
| T. Heed | F. Meredith | |
| G. Stapelton | | |
| A. Lehmann | | |
| S. Singh | | |
| T. Slominski | | |
| J. Kobinger | | |
| P. Popov, | | |
| J. Slabig | | |
| M. Maul | | |
| K. Becker | | |
| B. Stockhause | | |
| H. Fiederling | | |
| H. Behler | | |