UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10990-DPW<br>)  Magistrate Judge Judith G. Dein<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**HARMAN'S ASSENTED-TO MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL**

Pursuant to Local Rule 7.1(b)(3), Defendant Harman International Industries, Inc. ("Harman") respectfully seeks leave to file a Reply by no later than July 21, 2006 in support of its Motion to Compel (Docket Number 84). In support of its motion, Harman states as follows:

1. On June 29, 2006, Plaintiff Massachusetts Institute of Technology ("MIT") moved for a one-week extension of time to respond to Harman's Motion to Compel (Docket Number 88), to which Harman consented.

2. On June 20, 2006, the Court granted MIT's Motion For an Extension of Time.

3. On July 7, 2006, MIT filed its Response to Harman's Motion to Compel.

4. Harman now seeks to file a Reply brief in support of its Motion to Compel. because of the new issues raised by MIT in its Response and the numerous factual and legal issues involved. Furthermore, because of the new issues raised in MIT's Response, the large number of factual and legal issues, as well as the preparation by Harman's expert of their reports

due on July 18, 2006, Harman respectfully requests that it have until July 21, 2006 to file its Reply.

5. On July 13, 2006, Harman's counsel conferred with MIT's counsel, who consented to Harman's request to file a Reply in support of its Motion to Compel by no later than July 21, 2006.

6. This request is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Harman respectfully requests that this Court grant its Assented-to Motion for Leave to File Reply in Support of its Motion to Compel and grant leave for Harman to file its Reply by no later than July 21, 2006.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Harman conferred with Kimberly A. Mottley, Esq. and Jacob K. Baron, Esq., counsel for MIT, on July 13, 2006, who have advised that they assent to this motion.

Dated: July 14, 2006               Respectfully submitted,

/s/ Ann H. Chen
Robert J. Muldoon, Jr., BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA  02110

William A. Streff Jr., P.C.
Michelle A.H. Francis
Craig D. Leavell
Ann H. Chen
**KIRKLAND & ELLIS LLP**
200 E. Randolph Dr.
Chicago, IL  60601

                    (312) 861-2000 (phone)
                    (312) 861-2200 (fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT HARMAN'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL was filed through the ECF system on July 14, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ann H. Chen
One of the Attorneys for Harman