UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,      )<br>)<br>Plaintiff,      )<br>v.      )<br>)<br>HARMAN INTERNATIONAL INDUSTRIES, INC.,      )<br>)<br>Defendant.      ) | CIVIL ACTION<br>NO. 05-10990-DPW |

## ORDER RE REVIEW OF LICENSING-RELATED DOCUMENTS

This court has reviewed "MIT's In Camera Submission of Licensing-Related Documents Over Which MIT Continues to Assert Work Product and Attorney-Client Privilege Protections." Based on this review, this court concludes that the following documents (and their duplicates) identified on MIT's privilege log were properly withheld from production: Nos. 151, 209, 247, 329, 334, 583 and 761.

The court has taken the issue of the production of No. 471 under advisement.

                                                        / s / Judith Gail Dein
                                                        Judith Gail Dein
                                                        United States Magistrate Judge

DATED: August 11, 2006