IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>**Plaintiff,**<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>**Defendant**. | Case No: 05-10990 DPW<br>Magistrate Judge Judith G. Dein |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Massachusetts Institute of Technology ("MIT") and Defendant Harman International Industries, Inc.'s ("Harman") respectfully request a one week extension to certain dates relating to the close of expert discovery and dispositive motions, as set forth in the Court's June 15, 2006, Scheduling Order (Docket No. 83). The parties respectfully request that the Court enter an Order amending the schedule as follows:

(1) All expert discovery completed by **September 15, 2006** (presently set as September 8, 2006).

(2) The parties shall file any motions for summary judgment by **September 29, 2006** (presently set as September 22, 2006).

(3) Any oppositions to motions for summary judgment shall be filed by **October 20, 2006** (presently set as October 13, 2006).

In support of this motion, the parties state as follows:

1. The parties will be conducting eleven expert depositions following the submission of the parties' rebuttal expert reports.

2. The time allotted and the schedules of the witnesses and counsel will not allow for the depositions to be completed by the close of expert discovery.

3. This request for an extension is not being brought for any improper purpose or delay.

| | |
|---|---|
| Dated: August 16, 2006 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc. |
| By its Attorneys, | By its Attorneys, |

|  |  |
|---|---|
| /s/ Steven M. Bauer | /s/ Courtney A. Clark |
| Steven M. Bauer (BBO# 542531) | Robert J. Muldoon Jr. (BBO# 359480) |
| Kimberly A. Mottley (BBO# 651190) | James W. Matthews (BBO# 560560) |
| Jacob K. Baron (BBO # 652568) | Edward S. Cheng (BBO# 634063) |
| John W. Pint (BBO# 660548) | Courtney A. Clark (BBO# 651381) |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN, LLP |
| One International Place | 101 Federal Street |
| Boston, Massachusetts 02110-2600 | Boston, MA 02110 |
| Phone: 617-526-9600 | Phone: 617-646-2000 |
| Fax:    617-526-9899 | Fax:    617-646-2222 |

William A. Streff Jr., P.C.
Michelle A.H. Francis
Craig D. Leavell
Ann H. Chen
Colleen M. Garlington
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601

## Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on August 16, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Steven M. Bauer
                                              Steven M. Bauer