IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | C.A. No. 05-10990 DPW |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully requests leave to withdraw the appearance of Ann H. Chen as counsel for the defendant, Harman International Industries, Incorporated. The defendant will continue to be represented by Kirkland & Ellis LLP and Sherin and Lodgen LLP. Ms. Chen's withdrawal will not prejudice either party or delay the proceedings.

Respectfully submitted,

HARMAN INTERNATIONAL
INDUSTRIES, INCORPORATED

By its attorneys,

/s/ Courtney A.Clark
Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

-and-

00130375.DOC /

William A. Streff Jr., P.C.
Michelle A. H. Francis
Craig D. Leavell
Colleen M. Garlington
Joanna B. Gunderson
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

Dated: September 5, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 5, 2006.

/s/ Courtney A. Clark
Courtney A. Clark