UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No. 05-10990-DPW |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member in good standing of the bar of this Court and the Commonwealth of Massachusetts, moves to permit Jamal M. Edwards, Esq. to appear in this action as counsel for the Defendant Harman International Industries, Incorporated.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit.

1. Jamal M. Edwards is an attorney with the law firm of Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, Illinois 60601. He represents Harman International Industries, Incorporated.

2. Jamal M. Edwards is a member in good standing of the Bars of the states of Illinois and Michigan, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Michigan, Northern District of Illinois and the Central District of Illinois. His Affidavit is attached as Exhibit A.

-2-

3. Jamal M. Edwards was previously admitted to *pro hac vice* in this case, but later withdrew when he left Kirkland & Ellis in February 2006. He returned to Kirkland in September 2006 and has again been retained by Defendant Harman International Industries, Incorporated.

4. There are no disciplinary proceedings pending against Jamal M. Edwards as a member of the bar in any jurisdiction.

5. Jamal M. Edwards is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant Harman International Industries, Incorporated respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

Dated: September 19, 2006					Respectfully Submitted,

/s/Courtney A. Clark
Robert J. Muldoon, Jr., BBO#359480
James W. Matthews, BBO#560560
Edward S. Cheng, BBO#634063
Courtney A. Clark, BBO #651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA 02110
(617) 646-2000 (phone)
(617) 646-2222 (fax)

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A.H. Francis
Colleen M. Garlington
Joanna Belle Gunderson
**KIRKLAND & ELLIS LLP**
200 E. Randolph Dr.
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)
*Attorneys for Defendant*

-3-

## LOCAL RULE 7.1(A)(2) CERTIFICATE

      Counsel for Harman International Industries, Incorporated hereby certify that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

                              /s/Courtney A. Clark
                              Courtney A. Clark

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 19, 2006.


/s/Courtney A. Clark
Courtney A. Clark

# EXHIBIT A

UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JAMAL M. EDWARDS
### IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

I, Jamal M. Edwards, hereby depose and state as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. I am a member in good standing of the Bars of the states of Illinois and Michigan, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Michigan, Northern District of Illinois and the Central District of Illinois.

3. I was previously admitted to *pro hac vice* in this case, but later withdrew when I left Kirkland & Ellis in February 2006. I returned to Kirkland in September 2006 and have again been retained by Defendant Harman Industries Incorporated.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 19th day of September, 2006.

_____<br>Jamal M. Edwards

Exhibit A