# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>      Defendant. | Civil Action No. 05-10990-DPW<br><br>Magistrate Judge Judith Dein |

## JOINT MOTION FOR EXTENSION OF SCHEDULE

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court amend its Scheduling Order, pursuant to the agreed proposed schedule set forth below. Counsel for the parties conferred on October 20, 2006, and thereafter. This extension is requested due to the personal scheduling constraints of one of MIT's experts, the personal scheduling constraints of German personnel Harman intends to consult in preparing its dispositive motions, outstanding third-party discovery issues regarding Messrs. Robert French and Phil Rittmueller, and the general holiday schedule. This extension is not requested for purposes of undue delay, and would not disturb the scheduling of any pending hearing or trial date.

The requested schedule change would result in an extension of each of the current deadlines set by the Court through its October 11, 2006 endorsement of the parties' prior submission on scheduling. (See Docket Entry No. 110.) The parties respectfully request that this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

-2-

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **SUPPLEMENTAL EXPERT REPORTS** | October 27, 2006 | November 10, 2006 |
| **SUPPLEMENTAL EXPERT REBUTTAL REPORTS** | November 10, 2006 | December 1, 2006 |
| **CLOSE OF EXPERT DISCOVERY** | November 10, 2006 | December 1, 2006 |
| **DISPOSITIVE MOTIONS & *DAUBERT* MOTIONS** | November 10, 2006 | December 22, 2006 |
| **OPPOSITIONS TO DISPOSITIVE & *DAUBERT* MOTIONS** | December 8, 2006 | January 26, 2007 |

Dated: October 26, 2006

Massachusetts Institute of Technology,

*By its attorneys,*


/s/ Steven M. Bauer
Steven M. Bauer, BBO# 542531
Kimberly A. Mottley, BBO# 651190
Jacob K. Baron, BBO# 652568
John W. Pint, BBO# 660548
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

Respectfully submitted,

Harman International Industries, Inc.,

*By its attorneys*,


/s/ Robert J. Muldoon
Robert J. Muldoon, BBO# 359480
James W. Matthews, BBO# 560560
Edward S. Cheng, BBO# 634063
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A. H. Francis
Jamal M. Edwards
Colleen Garlington
Joanna Belle Gunderson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

-3-

**CERTIFICATE OF SERVICE**

     I certify that on October 26, 2006, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

                                      /s/ Steven M. Bauer
                                        Steven M. Bauer