# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-10990-DPW |
| v. | ) ) | Magistrate Judge Judith Dein |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR WITHDRAWAL HARMAN'S MOTION TO STRIKE AND FOR ENTRY OF AMENDED SCHEDULE

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), respectfully submit this motion (1) to withdraw Harman's motion to strike the supplemental expert report of MIT's technical expert Mr. Richard Belgard (Dkt. No. 117); and (2) requesting that the Court amend the Scheduling Order, pursuant to the agreed proposed schedule set forth below.

## I.    Harman's Withdrawal of its Motion to Strike (Dkt.No. 117)

The parties have reached an agreement whereby Harman will respond to MIT's supplemental technical expert report, instead of pursuing its motion to strike. To accomplish this, both parties have agreed to allow ample time for: (a) Harman's technical expert to consult with the necessary resources required to respond to MIT's supplemental expert report,[1] (b) for the parties to continue the expert depositions of Messrs. French and Belgard, as necessary; and (c) to use the foregoing information to prepare dispositive motions and oppositions. As a result,

---

[1]    This will require time for Mr. French to travel to Germany to consult with Harman's source code engineers, in order to respond to MIT's supplementation concerning Harman's source code.

the parties jointly request that this Court allow Harman to withdraw its Motion to Strike, which is Docket Number 117; and to enter the agreed schedule set forth below.

## II.    Joint Proposed Schedule

Pursuant to the parties' Agreement, as discussed above, the parties have also agreed to a revised proposed schedule as set forth below.  The parties respectfully request this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **CLOSE OF FACT DISCOVERY** | September 27, 2006 | September 27, 2006 |
| **SUPPLEMENTAL EXPERT REPORTS** | November 10, 2006 | November 10, 2006 |
| **SUPPLEMENTAL EXPERT REBUTTAL REPORTS** | December 1, 2006 | February 2, 2006 |
| **CLOSE OF EXPERT DISCOVERY** | December 1, 2006 | February 9, 2006 |
| **DISPOSITIVE MOTIONS & *DAUBERT* MOTIONS** | December 29, 2006 | February 23, 2006 |
| **OPPOSITIONS TO DISPOSITIVE & *DAUBERT* MOTIONS** | February 2, 2006 | March 23, 2006 |

Dated: December 8, 2006

Respectfully submitted,                              Respectfully submitted,

Massachusetts Institute of Technology,               Harman International Industries, Inc.,

*By its attorneys,*                                  *By its attorneys,*


/s/ Steven M. Bauer                                  /s/ Courtney A. Clark
Steven M. Bauer, BBO #542531                         Robert J. Muldoon, BBO #359480
Kimberly A. Mottley, BBO #651190                     James W. Matthews, BBO #560560
Jacob K. Baron, BBO #652568                          Edward S. Cheng, BBO #634063
John W. Pint, BBO #660548                            Courtney A. Clark, BBO #651381
PROSKAUER ROSE LLP                                   SHERIN AND LODGEN LLP
One International Place                               101 Federal Street
Boston, MA 02110                                     Boston, MA 02110
(617) 526-9600 (phone)                               (617) 646-2000 (phone)
(617) 526-9899 (fax)                                 (617) 646-2222 (fax)


                                                     William A. Streff Jr., P.C.
                                                     Craig D. Leavell
                                                     Michelle A. H. Francis
                                                     Jamal M. Edwards
                                                     Colleen Garlington
                                                     Joanna Belle Gunderson
                                                     KIRKLAND & ELLIS LLP
                                                     200 East Randolph Drive
                                                     Chicago, IL 60601
                                                     (312) 861-2000 (phone)
                                                     (312) 861-2200 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 8, 2006.


                         /s/ Courtney A. Clark
                         Courtney A. Clark