UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>　　　　　Defendant. | Civil Action No. 05-10990-DPW |

## JOINT MOTION FOR AMENDMENT OF SCHEDULE

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court amend this Court's Scheduling Order, pursuant to the agreed proposed schedule set forth below. Counsel for the parties conferred on January 30, 2007, and thereafter.

**I.　　Joint Proposed Schedule**

Pursuant to the parties' Agreement, parties respectfully request this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

00150787.DOC /

-2-

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| MUTUAL DISCLOSURE OF CLAIMS REQUIRING CONSTRUCTION | None | March 2, 2007 |
| MEET AND CONFER REGARDING PROPOSED CLAIM CONSTRUCTIONS | None | March 7, 2007 |
| OPENING *MARKMAN* BRIEFS | None | March 23, 2007 |
| RESPONSE *MARKMAN* BRIEFS | None | April 6, 2007 |
| *MARKMAN* HEARING | None | Week of April 30 (or as otherwise set by the Court) |

The parties have agreed to postpone expert depositions and summary judgment motions requiring claim construction until after the claims have been construed by the Court. The parties have also agreed that this schedule will not affect any motions that do not require claim construction. The parties agree that the proposed process will streamline the *Markman* briefing, minimize duplication, and avoid placing unnecessary burdens on the Court.

-3-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys,* |
| /s/ Steven M. Bauer | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO #542531 | Robert J. Muldoon, BBO #359480 |
| Kimberly A. Mottley, BBO #651190 | James W. Matthews, BBO #560560 |
| Jacob K. Baron, BBO #652568 | Edward S. Cheng, BBO #634063 |
| John W. Pint, BBO #660548 | Courtney A. Clark, BBO #651381 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 (phone) | (617) 646-2000 (phone) |
| (617) 526-9899 (fax) | (617) 646-2222 (fax) |
| | |
| | William A. Streff Jr., P.C. |
| | Craig D. Leavell |
| | Michelle A. H. Francis |
| | Jamal M. Edwards |
| | Colleen Garlington |
| | Joanna Belle Gunderson |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, IL 60601 |
| | (312) 861-2000 (phone) |
| | (312) 861-2200 (fax) |

Dated: February 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 13, 2007.

/s/ Courtney A. Clark
Courtney A. Clark

00150787.DOC /