UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, )<br><br>Plaintiff, )<br><br>v. )<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, )<br><br>Defendant. ) | Civil Action No. 05-10990-DPW |

**JOINT MOTION FOR AMENDMENT OF SCHEDULE AND FOR LEAVE TO FILE *MARKMAN* BRIEFS EXCEEDING TWENTY PAGES**

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court amend this Court's Scheduling Order, pursuant to the agreed proposed schedule set forth below. The parties also request that the Court grant the parties leave to file *Markman* briefs that exceed twenty pages. Counsel for the parties conferred on March 6, 2007, and thereafter.

1. Joint Proposed Schedule

Pursuant to the parties' Agreement, parties respectfully request this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

00155656.DOC /

- 2 -

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| OPENING *MARKMAN* BRIEFS | March 23, 2007 | March 30, 2007 |
| RESPONSE *MARKMAN* BRIEFS | April 6, 2007 | April 13, 2007 |
| *MARKMAN* HEARING | None | To be determined by the Court |

The parties have agreed to postpone expert depositions and summary judgment motions requiring claim construction until after the claims have been construed by the Court. This motion is not intended to set any deadlines for any other motions other than those set forth in the schedule above. The parties agree that the proposed process will streamline the *Markman* briefing, minimize duplication, and avoid placing unnecessary burdens on the Court.

2.      Request for Leave to Exceed Twenty Pages

As required under Local Rule 7.1, the parties have exercised substantial diligence to narrow the issues for the Court and, as a result of extended discussions, only recently finalized agreement on what terms will be submitted to the Court for the construction. Because this is the first instance of any technical briefing in this case, the parties believe the additional pages will allow them to adequately brief the court on the technical issues and factual background, as well as to recite the necessary claims and case law at issue.

Therefore, the parties request that the page limits for the opening *Markman* briefs be set at fifty pages (50) for each party.

00155656.DOC /

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys,* |
| /s/ Steven M. Bauer<br>Steven M. Bauer, BBO #542531<br>Kimberly A. Mottley, BBO #651190<br>Jacob K. Baron, BBO #652568<br>John W. Pint, BBO #660548<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600 (phone)<br>(617) 526-9899 (fax) | /s/ Courtney A. Clark<br>Robert J. Muldoon, BBO #359480<br>James W. Matthews, BBO #560560<br>Edward S. Cheng, BBO #634063<br>Courtney A. Clark, BBO #651381<br>SHERIN AND LODGEN LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 (phone)<br>(617) 646-2222 (fax)<br><br>William A. Streff Jr., P.C.<br>Craig D. Leavell<br>Michelle A. H. Francis<br>Jamal M. Edwards<br>Colleen Garlington<br>Joanna Belle Gunderson<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000 (phone)<br>(312) 861-2200 (fax) |

Dated: March 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 23, 2007.

/s/ Courtney A. Clark
Courtney A. Clark

00155656.DOC /