UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 05-10990-DPW |
| HARMAN INTERNATIONAL INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER ON MIT'S MOTION TO
## COMPEL COMPLIANCE WITH SUBPOENA

This matter is presently before the court on "MIT's Motion to Compel Compliance with its Subpoena Served on Ropes & Gray LLP" (Docket No. 122). After consideration of MIT's written submission and the interested parties' oral arguments, the motion is ALLOWED as follows:

1. Ropes & Gray shall produce materials responsive to MIT's subpoena for review by attorneys' eyes only. The materials shall not be reviewed by anyone other than counsel for the parties to this litigation without further order of the court.

2. Reviewing counsel shall be subject to all requirements and limitations set forth in any existing confidentiality agreements or protective orders applicable to the materials to be produced.

3. Any party wishing to use any of the materials produced by Ropes & Gray in the instant litigation shall provide 30 day written notice of its intention to use such

materials to any party on whose behalf the material was generated in the underlying litigation.

4.     This Order shall not become effective until **April 10, 2007**.  Prior to that time, Ropes & Gray shall notify all interested third parties of the terms of this Order. Any objections to this Order by any such parties shall be filed with this court prior to **April 10, 2007**.

                                      / s / Judith Gail Dein  
                                      Judith Gail Dein  
                                      United States Magistrate Judge

DATED: March 27, 2007