UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>　　　　Defendant. | Civil Action No.: 05-10990 DPW<br><br>Magistrate Judge Judith G. Dein |

**ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS 5 AND 16
TO MIT'S OPENING MEMORANDUM ON CLAIM CONSTRUCTION**

　　　　Plaintiff, the Massachusetts Institute of Technology ("MIT") hereby moves to file under seal until conclusion of the case, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits 5 and 16 to MIT's Opening Memorandum On Claim Construction. This Motion is necessary to comply with the provisions of the Stipulated Protective Order. (See Docket Entry Nos. 42 and 66.)

1

**Compliance with Local Rules 7.1**

MIT's counsel discussed the matters raised herein with Harman's counsel, and Harman's counsel has assented to the relief requested herein.

March 30, 2007

Respectfully Submitted,

Massachusetts Institute of Technology,
By its Attorneys,

/s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
Jacob K. Baron (BBO# 652568)
Kimberly A. Mottley (BBO# 651190)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110-2600
Phone:  617-526-9600
Fax:     617-526-9899

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2007, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

/s/ Steven M. Bauer
Steven M. Bauer