# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, <br><br> Defendant. | Civil Action No. 05-10990-DPW <br><br> Magistrate Judge Judith Dein |

## JOINT MOTION FOR AMENDMENT OF SCHEDULE

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court amend its Scheduling Order, pursuant to the agreed proposed schedule set forth below. This extension is not requested for purposes of undue delay, and would not disturb the scheduling of any pending hearing or trial date.

The parties respectfully request that this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **RESPONSIVE *MARKMAN* BRIEFS** | April 13, 2007 | April 20, 2007 |
| ***MARKMAN* HEARING** | Not scheduled | June 7, 2007 (proposed) |

-2-

| | |
|---|---|
| Dated: April 11, 2007 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys,* |

| | |
|---|---|
| /s/ Steven M. Bauer | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO# 542531 | Robert J. Muldoon, BBO# 359480 |
| Kimberly A. Mottley, BBO# 651190 | James W. Matthews, BBO# 560560 |
| Jacob K. Baron, BBO# 652568 | Edward S. Cheng, BBO# 634063 |
| John W. Pint, BBO# 660548 | Courtney A. Clark, BBO# 651381 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 | (617) 646-2000 |

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A. H. Francis
Jamal M. Edwards
Colleen Garlington
Joanna Belle Gunderson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

-3-

## **CERTIFICATE OF SERVICE**

     I certify that on April 11, 2007, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

                                          /s/ Steven M. Bauer  
                                          Steven M. Bauer