## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

        **Plaintiff,**

        **v.**

**HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,**

        **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-10990-DPW
**ORAL ARGUMENT REQUESTED**

### HARMAN'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY DUE TO MIT'S INEQUITABLE CONDUCT

Pursuant to Fed. R. Civ. Proc. 56, defendant Harman now moves for summary judgment that U.S. Patent No. 5,177,685 (the "'685 Patent"), the sole patent-in-suit, is unenforceable due to plaintiff Massachusetts Institute of Technology's inequitable conduct during prosecution. The undisputed facts show that:

- MIT affirmatively misrepresented and concealed the availability of the thesis authored by one of the inventors, Jim Davis, after the PTO Examiner expressly found it was prior art that invalidated each and every claim of the '685 Patent; and

- MIT withheld information and misled the PTO about multiple public uses of completed systems that were already known to be working satisfactorily when just one public use bars the patent under Section 102(b) of the Patent Act.

Either act on its own constitutes inequitable conduct that renders the entire '685 Patent unenforceable. Together, they leave no other conclusion. Harman thus asks the Court to enter summary judgment in its favor on Count II, Harman's Counterclaim for "Declaration of Unenforceability." *See* Harman's January 13, 2006 Answer and Counterclaims at pgs. 8-9 (Count II).

In support of this motion, Harman relies on the accompanying memorandum, which sets out the undisputed facts and legal authorities, along with the exhibits filed herewith.

WHEREFORE, Harman respectfully requests that this Court hold MIT engaged in inequitable conduct that renders U.S. Patent No. 5,177,685 unenforceable and enter judgment in favor of Harman on Count II of Harman's Counterclaims.

### COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1

Harman's counsel discussed the issues raised in this motion with MIT's counsel on April 11, 2007. During that conference call, the parties agreed that an impasse had been reached as to this issue. As the parties have been unable to resolve the issues, Harman respectfully requests the Court's assistance.

### REQUEST FOR ORAL ARGUMENT

Furthermore, pursuant to Local Rule 7.1, Harman respectfully requests oral argument in conjunction with this motion.

00158282.DOC /

Date:   April 11, 2007                    Respectfully submitted,

                                          /s/ Courtney A. Clark
                                          Robert J. Muldoon, Jr., BBO# 359480
                                          James W. Matthews, BBO# 560560
                                          Edward S. Cheng, BBO# 634063
                                          Courtney A. Clark, BBO# 651381
                                          SHERIN AND LODGEN, LLP
                                          101 Federal Street
                                          Boston, MA  02110

                                          William A. Streff Jr., P.C.
                                          Michelle A. H. Francis
                                          Craig D. Leavell
                                          Joanna Belle Gunderson
                                          KIRKLAND & ELLIS LLP
                                          200 East Randolph Drive
                                          Chicago, Illinois 60601
                                          (312) 861-2000 (phone)
                                          (312) 861-2200 (fax)

                                          *Attorneys for Defendant*
                                          *Harman International Industries, Incorporated*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2007.

                                          /s/ Courtney A. Clark
                                          Courtney A. Clark