# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No. 05-10990-DPW |

## JOINT MOTION FOR LEAVE TO FILE RESPONSIVE *MARKMAN* BRIEFS EXCEEDING TWENTY PAGES

Plaintiff Massachusetts Institute of Technology ("MIT"), and Defendant Harman International Industries, Inc. ("Harman") submit this joint motion requesting that the Court grant the parties leave to file responsive *Markman* briefs that exceed twenty pages.

As required under Local Rule 7.1, the parties have exercised substantial diligence to narrow the issues for the Court. On March 26, 2007, this Court granted a Joint Motion that requested leave to file opening *Markman* briefs of up to and including fifty (50) pages. Those opening briefs, filed on March 30, 2007, raised issues which the parties believe can only be addressed in responsive briefs exceeding twenty pages.

Therefore, the parties request that the page limits for the responsive *Markman* briefs be set at fifty pages (50) for each party.

00159111.DOC /

- 2 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys*, |
| /s/ Jacob K. Baron | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO #542531 | Robert J. Muldoon, BBO #359480 |
| Kimberly A. Mottley, BBO #651190 | James W. Matthews, BBO #560560 |
| Jacob K. Baron, BBO #652568 | Edward S. Cheng, BBO #634063 |
| John W. Pint, BBO #660548 | Courtney A. Clark, BBO #651381 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 (phone) | (617) 646-2000 (phone) |
| (617) 526-9899 (fax) | (617) 646-2222 (fax) |
| | William A. Streff Jr., P.C. |
| | Craig D. Leavell |
| | Michelle A. H. Francis |
| | Jamal M. Edwards |
| | Colleen Garlington |
| | Joanna Belle Gunderson |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, IL 60601 |
| | (312) 861-2000 (phone) |
| | (312) 861-2200 (fax) |

Dated:  April 19, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 19, 2007.

/s/ Courtney A. Clark
Courtney A. Clark