UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br>A Delaware Corporation,<br><br>Defendant. | Case No. 05-10990 DPW<br>Magistrate Judge Judith G. Dein |

**ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS EE, JJ, KK, LL, MM, OO, AND PP TO HARMAN'S RESPONSE MEMORANDUM IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS**

Defendant Harman International Industries, Inc. ("Harman") hereby moves to file under seal until conclusion of this case, pursuant to the Parties' Stipulated Protective Order entered by the Court, Exhibits EE, JJ, KK, LL, MM, OO, and PP to Harman's Response Memorandum in Support of its Proposed Claim Constructions. This Motion is necessary to comply with the protections of the Stipulated Protective Order.

WHEREFORE, Harman respectfully requests that the Court enter an Order permitting Harman to file under seal Exhibits EE, JJ, KK, LL, MM, OO, and PP in support of Harman's Response Memorandum in Support of its Proposed Claim Constructions, filed on April 20, 2007.

**Certificate of Compliance with Local Rule 7.1**

Harman, by and through its attorneys, hereby certifies that it conferred with MIT's counsel on April 20, 2007, and counsel for MIT has assented to this motion.

00159234.DOC /

Dated: April 20, 2007                          Respectfully submitted,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA 02110
(617) 646-2000 (phone)
(617) 646-2222 (fax)

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A. H. Francis
Jamal M. Edwards
Colleen Garlington
Joanna Belle Gunderson
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 20, 2007.

/s/ Courtney A. Clark
Courtney A. Clark