IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | Civil Action No. 05-10990-DPW<br><br>Magistrate Judge Judith Dein |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court extend the briefing schedule for Harman's Motion for Summary Judgment on Inequitable Conduct, pursuant to the agreed proposed schedule set forth below. This extension is not requested for purposes of undue delay, and would not disturb the scheduling of any pending hearing or trial date.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **RESPONSE TO HARMAN'S SUMMARY JUDGMENT MOTION** | April 26, 2007 | May 25, 2007 |
| **REPLY IN SUPPORT OF HARMAN'S SUMMARY JUDGMENT MOTION** | Not scheduled | June 22, 2007 |

-2-

| | |
|---|---|
| Dated: April 24, 2007 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys*, |

| | |
|---|---|
| /s/ Steven M. Bauer | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO# 542531 | Robert J. Muldoon, BBO# 359480 |
| Kimberly A. Mottley, BBO# 651190 | James W. Matthews, BBO# 560560 |
| Jacob K. Baron, BBO# 652568 | Edward S. Cheng, BBO# 634063 |
| John W. Pint, BBO# 660548 | Courtney A. Clark, BBO# 651381 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 | (617) 646-2000 |
| | |
| | William A. Streff Jr., P.C. |
| | Craig D. Leavell |
| | Michelle A. H. Francis |
| | Jamal M. Edwards |
| | Colleen Garlington |
| | Joanna Belle Gunderson |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, IL 60601 |
| | (312) 861-2000 (phone) |
| | (312) 861-2200 (fax) |

-3-

## **CERTIFICATE OF SERVICE**

     I certify that on April 24, 2007, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

                                                            /s/ Steven M. Bauer
                                                             Steven M. Bauer

Case 1:05-cv-10990-DPW    Document 141    Filed 04/24/2007    Page 3 of 3