IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY <br><br> Plaintiff, <br><br> v. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED <br><br> Defendant. | Civil Action No.: 05-10990 DPW |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE**

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendant, Harman International Industries, Inc. ("Harman"), submit this joint motion requesting that the Court extend the briefing schedule for Harman's Motion for Summary Judgment on Inequitable Conduct, pursuant to the agreed proposed schedule set forth below. This extension is not requested for the purposes of undue delay, and would not disturb the scheduling of any pending hearing or trial date.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| HARMAN'S SUMMARY JUDGMENT MOTION | April 11, 2007 | No Change |
| RESPONSE TO HARMAN'S SUMMARY JUDGMENT MOTION | May 25, 2007 (by agreement) | No Change |
| REPLY IN SUPPORT OF HARMAN'S SUMMARY JUDGMENT MOTION | June 22, 2007 (by agreement) | June 29, 2007 |

| | |
|---|---|
| Dated: June 20, 2007 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys* | *By its attorneys* |
| /s/ Jacob K. Baron | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO# 542531<br>Kimberly A. Mottley, BBO# 651190<br>Jacob K. Baron, BBO# 652568<br>John W. Pint, BBO# 660548<br>PROSKAUER ROSE LLP<br>One International Street<br>Boston, MA 02110<br>(617) 526-9600 | Robert J. Muldoon, Jr., BBO# 359480<br>James W. Matthews, BBO# 560560<br>Edward S. Cheng, BBO# 634063<br>Courtney A. Clark, BBO# 651381<br>SHERIN AND LODGEN LLP<br>101 Federal Street<br>Boston, MA 02110<br><br>William A. Streff Jr., P.C.<br>Craig D. Leavell<br>Michelle A.H. Francis<br>Jamal M. Edwards<br>Colleen M. Garlington<br>Joanna Belle Gunderson<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000 (phone)<br>(312) 861-2200 (fax) |

## **CERTIFICATE OF SERVICE**

      I certify that on June 20, 2007, I caused a copy of the foregoing document to be served upon counsel of record for Massachusetts Institute of Technology by electronic means using the Court's ECF system.

                                                                   /s/ Courtney A. Clark
                                                                          Courtney A. Clark