# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, <br><br> Defendant. | Civil Action No. 05-10990-DPW <br><br> Magistrate Judge Judith Dein |

## JOINT MOTION FOR A BRIEFING SCHEDULE

Plaintiff, Massachusetts Institute of Technology ("MIT"), and Defendant, Harman International Industries, Inc., submit this joint motion requesting that the Court establish a briefing schedule for addressing issues raised in Harman's Motion for Summary Judgment that Claims 1, 42, and 45 of the '685 Patent Are Invalid Under 35 U.S.C. § 102(b) Due to Public Use (Docket Number 153) ("Harman's Invalidity Motion"). MIT intends to oppose Harman's Motion and file a cross-motion for summary judgment that claims 1, 42, and 45 are not invalid based on the inventors' research activities leading up to Dr. Jim Davis receiving his Ph.D. degree from MIT. MIT's cross-motion will be based on facts similar to and address issues similar to those raised by Harman's Invalidity Motion and Harman's Motion for Summary Judgment of Unenforceability Due to MIT's Inequitable Conduct (Docket No. 132), for which a hearing was held on August 1, 2007. The parties have conferred and agree on the dates presented in the table below.

This extension is not requested for purposes of undue delay, and would not disturb the scheduling of any pending hearing or trial date. The parties respectfully request that this Court amend its current Scheduling Order to reflect this mutually agreed proposed schedule, which follows.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **MIT'S RESPONSE IN OPPOSITION TO HARMAN'S INVALIDITY MOTION & MIT'S CROSS-MOTION FOR NO INVALIDITY DUE TO INVENTORS' ACTIVITIES** | August 8, 2007 | August 30, 2007 |
| **HARMAN'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT & HARMAN'S RESPONSE IN OPPOSITION TO MIT'S CROSS-MOTION** | Not scheduled | September 26, 2007 |
| **MIT'S REPLY IN SUPPORT OF ITS CROSS-MOTION** | Not scheduled | October 5, 2007 |

Dated: August 7, 2007

Massachusetts Institute of Technology,

*By its attorneys,*

*/s/ Steven M. Bauer*
Steven M. Bauer, BBO# 542531
Kimberly A. Mottley, BBO# 651190
Jacob K. Baron, BBO# 652568
John W. Pint, BBO# 660548
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

Respectfully submitted,

Harman International Industries, Inc,

*By its attorneys*

*/s/ Craig D. Leavell*
Robert J. Muldoon, BBO# 359480
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

William A. Streff Jr., P.C.
Craig D. Leavell
Michelle A. H. Francis
Jamal M. Edwards
Colleen Garlington
Joanna Belle Gunderson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

## CERTIFICATE OF SERVICE

I certify that on August 7, 2007, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

      */s/ Steven M. Bauer*
      Steven M. Bauer