UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW<br><br>Magistrate Judge Judith G. Dein |

**ASSENTED-TO MOTION TO FILE UNDER SEAL EXHIBITS 4, 6, 7, 9, 14, 15, 20 AND 23 TO MIT'S COUNTER-STATEMENT OF FACTS PURSUANT TO LOCAL RULE 56.1 IN SUPPORT OF MIT'S OPPOSITION TO HARMAN'S MOTION FOR SUMMARY JUDGMENT THAT CLAIMS 1, 42, AND 45 OF THE '685 PATENT ARE INVALID UNDER 35 U.S.C. § 102(B)  AND IN SUPPORT OF MIT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT THAT CLAIMS 1, 42, AND 45 OF THE '685 PATENT ARE NOT INVALID UNDER 35 U.S.C. § 102(B)**

Plaintiff, the Massachusetts Institute of Technology ("MIT") hereby moves to file under seal until conclusion of the case, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits 4, 6, 7, 9, 14, 15, 20, and 23.  This Motion is necessary to comply with the provisions of the Stipulated Protective Order.  (See Docket Entry Nos. 42 and 66.)

**Compliance with Local Rules 7.1**

MIT's counsel discussed the matters raised herein with Harman's counsel, and Harman's counsel has assented to the relief requested herein.

| | |
|---|---|
| August 30, 2007 | Respectfully Submitted, |
| | Massachusetts Institute of Technology, By its Attorneys, |
| | /s/ Steven M. Bauer |
| | Steven M. Bauer (BBO# 542531) |
| | Jacob K. Baron (BBO# 652568) |
| | Kimberly A. Mottley (BBO# 651190) |
| | John W. Pint (BBO# 660548) |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, Massachusetts 02110-2600 |
| | Phone:  617-526-9600 |
| | Fax:    617-526-9899 |

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2007, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by electronic means using the Court's ECF system.

/s/ Steven M. Bauer
Steven M. Bauer

2