UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO FILE UNDER SEAL THE UNREDACTED VERSION OF HARMAN'S RESPONSES TO MIT'S STATEMENTS OF FACT AND REPLIES TO MIT'S RESPONSES TO HARMAN'S STATEMENTS OF FACT

Pursuant to the Parties' Stipulated Protective Order entered by the Court, defendant Harman International Industries, Inc. ("Harman") moves that the Court seal the full version of Harman's Responses to MIT's Statements of Fact and Replies to MIT's Responses to Harman's Statements of Fact until the conclusion of this case. A redacted version of Harman's Responses to MIT's Statements of Fact and Replies to MIT's Responses to Harman's Statements of Fact will be filed electronically and publicly with the Court. This Motion is necessary to comply with the protections of the Stipulated Protective Order.

WHEREFORE, Harman respectfully requests that the Court enter an Order permitting Harman to file under seal the unredacted version of Harman's Responses to MIT's Statements of

00179065.DOC /

Fact and Replies to MIT's Responses to Harman's Statements of Fact.

Date: September 26, 2007                Respectfully submitted,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
SHERIN AND LODGEN, LLP
101 Federal Street
Boston, MA 02110

William A. Streff, Jr., P.C.
Michelle A.H. Francis
Craig D. Leavell
Jamal M. Edwards
Colleen M. Garlington
Joanna Belle Gunderson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

*Attorneys for Defendant
Harman International Industries, Incorporated*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Harman, by and through its attorneys, hereby certifies that it conferred with MIT's counsel on September 26, 2007, and counsel for MIT has assented to this Motion.

/s/ Courtney A. Clark
Courtney A. Clark

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 26, 2007.

/s/ Courtney A. Clark
Courtney A. Clark

00179065.DOC /