# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois  60601

Jamal M. Edwards
To Call Writer Directly:
(312) 861-3143
jedwards@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: (312) 660-0616

October 19, 2007

**BY ELECTRONIC FILING**

Hon. Judith G. Dein
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re: Case No. 05-10990-DPW, *MIT v. Harman Int'l Indus., Inc.*

Dear Judge Dein:

  As we have done in the past, Harman has met and conferred with MIT to identify a mutually agreed proposed date for a hearing on Harman's Motion for Summary Judgment of Invalidity that Claims 1, 42 and 45 of the '685 Patent Are Invalid Under 35 U.S.C. § 120(b) Due to MIT's Prior Public Use and MIT's Cross-Motion for Summary Judgment that Claims 1, 42 and 45 are Not Invalid Under 35 U.S.C. § 102(b). We have also jointly consulted with your deputy clerk, Mr. Quinn regarding the court's availability.

  If it pleases the court, we respectfully submit that convening a hearing on both motions on November 16, 2007 would be acceptable to both parties.

              Best regards,

              Jamal M. Edwards

cc: Jacob K. Baron, Esq.
   Robert J. Muldoon, Esq.

Hong Kong  London  Los Angeles  Munich  New York  San Francisco  Washington, D.C.