UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>           Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>           Defendant. | Civil Action No. 05-10990-DPW |

## ASSENTED-TO MOTION TO FILE UNDER SEAL HARMAN'S OBJECTIONS TO THE REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY DUE TO MIT'S ALLEGEDLY INEQUITABLE CONDUCT

Pursuant to the Parties' Stipulated Protective Order entered by the Court, defendant Harman International Industries, Inc. ("Harman") moves that the Court seal the full version of Harman's Objections to the Report and Recommendation on Defendant's Motion for Summary Judgment of Unenforceability Due to MIT's Allegedly Inequitable Conduct until the conclusion of this case. A redacted version of Harman's Objections to the Report and Recommendation on Defendant's Motion for Summary Judgment of Unenforceability Due to MIT's Allegedly Inequitable Conduct will be filed electronically and publicly with the Court. This Motion is necessary to comply with the protections of the Stipulated Protective Order.

WHEREFORE, Harman respectfully requests that the Court enter an Order permitting Harman to file under seal the unredacted version of Harman's Objections to the Report and Recommendation on Defendant's Motion for Summary Judgment of Unenforceability Due to MIT's Allegedly Inequitable Conduct.

00193009.DOC /

Date:   November 21, 2007                     Respectfully submitted,

                                              /s/ Courtney A. Clark
                                              Robert J. Muldoon, Jr., BBO# 359480
                                              Courtney A. Clark, BBO# 651381
                                              SHERIN AND LODGEN, LLP
                                              101 Federal Street
                                              Boston, MA  02110

                                              William A. Streff, Jr., P.C.
                                              Michelle A.H. Francis
                                              Craig D. Leavell
                                              Jamal M. Edwards
                                              Colleen M. Garlington
                                              Joanna Belle Gunderson
                                              KIRKLAND & ELLIS LLP
                                              200 East Randolph Drive
                                              Chicago, IL  60601
                                              (312) 861-2000 (phone)
                                              (312) 861-2200 (fax)

                                              *Attorneys for Defendant
                                              Harman International Industries, Incorporated*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Harman, by and through its attorneys, hereby certifies that it conferred with MIT's counsel on November 21, 2007, and counsel for MIT has assented to this Motion.

                                              /s/ Courtney A. Clark
                                              Courtney A. Clark

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 21, 2007.

                                              /s/ Courtney A. Clark
                                              Courtney A. Clark

- 2 -

00193009.DOC /