IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>    Defendant. | Civil Action No.: 05-10990 DPW<br><br>Magistrate Judge Judith G. Dein |

**STIPULATION FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO MARCH 26, 2008 REPORT AND RECOMMENDATION**

The parties, by and through their counsel of record, hereby stipulate and agree that the date for objections to Magistrate Judge Dein's March 26, 2008 Report and Recommendation (Docket Entry No.173) is extended through Wednesday, April 16, 2008. This stipulation is not made for purposes of delay.

| | |
|---|---|
| Dated: April 9, 2008 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys*, |
| /s/ Steven M. Bauer | /s/ Robert J. Muldoon |
| Steven M. Bauer, BBO #542531<br>Jacob K. Baron, BBO# 652568<br>Kimberly A. Mottley, BBO #651190<br>John W. Pint, BBO #660548<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600 | Robert J. Muldoon, BBO #359480<br>Courtney A. Clark, BBO# 651381<br>SHERIN AND LODGEN LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000<br><br>William A. Streff Jr., P.C.<br>Michelle A. H. Francis<br>Craig D. Leavell<br>Jamal M. Edwards<br>Colleen M. Garlington<br>Joanna Belle Gunderson<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000 (phone)<br>(312) 861-2200 (fax)<br>*Of Counsel* |

**CERTIFICATE OF SERVICE**

    I certify that on April 9, 2008, I caused a copy of the forgoing document to be served upon counsel of record for Harman International Industries by the Court's ECF system.

                                                  /s/Steven M. Bauer
                                                    Steven M. Bauer