UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No: 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully requests leave to withdraw the appearance of Joanna Belle Gunderson as counsel for the defendant, Harman International Industries, Incorporated. The defendant will continue to be represented by KIRKLAND & ELLIS LLP and SHERIN & LODGEN LLP. Ms. Gunderson's withdrawal will not prejudice either party or delay the proceedings.

Date:   April 10, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**HARMAN INTERNATIONAL
　　　　　　　　　　　　　　　　　　INDUSTRIES, INCORPORATED**

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Courtney A. Clark
　　　　　　　　　　　　　　　　　　Robert J. Muldoon, Jr., BBO# 359480
　　　　　　　　　　　　　　　　　　Courtney A. Clark, BBO# 651381
　　　　　　　　　　　　　　　　　　SHERIN & LODGEN LLP
　　　　　　　　　　　　　　　　　　101 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 646-2000

>William A. Streff Jr., P.C.
>Michelle A.H. Francis
>Craig D. Leavell
>Jamal M. Edwards
>Colleen M. Garlington
>KIRKLAND & ELLIS LLP
>200 East Randolph Drive
>Chicago, Illinois  60601
>(312) 861-2000

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Harman International Industries, Incorporated hereby certifies that they have conferred with opposing counsel on the matters set forth in the foregoing Motion and that plaintiff has assented to this Motion.

>/s/ Courtney A. Clark
>Courtney A. Clark

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 10, 2008.

>/s/ Courtney A. Clark
>Courtney A. Clark