IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10990-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO OBJECTIONS TO MARCH 26, 2008 REPORT AND RECOMMENDATIONS**

The parties, by and through their counsel of record, hereby jointly move the Court requesting that the date for responses to objections to Magistrate Judge Dein's March 26, 2008 Report and Recommendation be extended through Friday, May 2, 2008.

00214919.DOC /

- 2 -

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Massachusetts Institute of Technology, | Harman International Industries, Inc., |
| *By its attorneys,* | *By its attorneys,* |
| /s/ Jacob K. Baron | /s/ Courtney A. Clark |
| Steven M. Bauer, BBO #542531 | Robert J. Muldoon, BBO #359480 |
| Kimberly A. Mottley, BBO #651190 | James W. Matthews, BBO #560560 |
| Jacob K. Baron, BBO #652568 | Edward S. Cheng, BBO #634063 |
| John W. Pint, BBO #660548 | Courtney A. Clark, BBO #651381 |
| PROSKAUER ROSE LLP | SHERIN AND LODGEN LLP |
| One International Place | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 526-9600 (phone) | (617) 646-2000 (phone) |
| (617) 526-9899 (fax) | (617) 646-2222 (fax) |
| | William A. Streff Jr., P.C. |
| | Craig D. Leavell |
| | Michelle A. H. Francis |
| | Jamal M. Edwards |
| | Colleen Garlington |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, IL 60601 |
| | (312) 861-2000 (phone) |
| | (312) 861-2200 (fax) |

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 29, 2008.

/s/ Courtney A. Clark
Courtney A. Clark

00214919.DOC /